# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT<br><br>PLAINTIFF(S)<br><br>v.<br><br>LIONS GATE ENTERTAINMENT CORPORATION, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21–cv–08206–JAK–DFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| __10/15/2021__ | __1__ | __Complaint__ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Attachment 1 Civil Cover Sheet should be e–filed separately. The correct event category is located under Civil Events Other Filings Miscellaneous Filings Civil Cover Sheet (CV–71).

Clerk, U.S. District Court

Dated: __October 18, 2021__     By:  __/s/ Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov__
    Deputy Clerk