NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Joseph M. Tully (CASBN: 201187)
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Telephone: (925) 229-9700
Fax: (925) 231-7754
Joseph@Tully-Weiss.com

ATTORNEY(S) FOR: Marc Elliot

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MARC ELLIOT | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-08206-JAK-DFM |
| v. | |
| LIONS GATE ENTERTAINMENT CORPORATION, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Marc Elliot_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Marc Elliot | Plaintiff |
| Lions Gate Entertainment Corporation | Defendant |
| Starz, Inc. | Defendant |

October 18, 2021                         
Date                                     Signature

Attorney of record for (or name of party appearing in pro per):

Marc Elliot