AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MARC ELLIOT <br><br> *Plaintiff(s)* <br> v. <br> LIONS GATE ENTERTAINMENT CORPORATION and STARZ, INC. <br><br> *Defendant(s)* | Civil Action No. 2:21-cv-08206-JAK-DFM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LIONS GATE ENTERTAINMENT CORPORATION
2700 Colorado Avenue, Santa Monica, California 90404
STARZ, INC.
8900 Liberty Circle, Englewood, Colorado 80112


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph M. Tully
Tully & Weiss Attorneys at Law
713 Main Street, Martinez CA 94553


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____         _____
*Signature of Clerk or Deputy Clerk*