NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Joseph M. Tully (CASBN: 201187)
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754
Email: Joseph@tully-weiss.com

ATTORNEY(S) FOR: MARC ELLIOT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARC ELLIOT | | CASE NUMBER: |
| | Plaintiff(s), | 2:21−cv−08206−JAK−DFM |
| v. | | |
| LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC., and STARZ ENTERTAINMENT, LLC | Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          MARC ELLIOT
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Marc Elliot | Plaintiff |
| Lions Gate Films Inc., a flagship company of Lions Gate Entertainment Inc, and a parent company of STARZ Entertainment, LLC. | Defendant |
| Lions Gate Entertainment Inc., a parent company of STARZ Entertainment, LLC. | Defendant |
| STARZ Entertainment, LLC a subsidiary company of Lions Gate Entertainment Inc. | Defendant |

November 1, 2021                          /s/ Joseph M. Tully
Date                                              Signature

Attorney of record for (or name of party appearing in pro per):

MARC ELLIOT