# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT <br><br> PLAINTIFF(S) <br><br> v. <br><br> LIONS GATE ENTERTAINMENT CORPORATION, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:21−cv−08206−JAK−DFM <br><br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 11/1/2021 | 13 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The date and signature line must be left blank.

*Other Error(s):*

Please indicate as to "FIRST AMENDED COMPLAINT" right after SUMMONS IN A CIVIL ACTION"

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: November 1, 2021

By: /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
Deputy Clerk



– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –