AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MARC ELLIOT <br><br> *Plaintiff(s)* <br> v. <br> LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC., and STARZ ENTERTAINMENT, LLC <br><br> *Defendant(s)* | Civil Action No.  2:21-cv-08206-JAK-DFM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LIONS GATE FILMS INC.
2700 Colorado Avenue, Suite 200, Santa Monica, California 90404
LIONS GATE ENTERTAINMENT INC.
2700 Colorado Avenue, Santa Monica, California 90404
STARZ ENTERTAINMENT, LLC
8900 Liberty Circle, Englewood, Colorado 80112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph M. Tully
Tully & Weiss Attorneys at Law
713 Main Street, Martinez CA 94553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*