Joseph M. Tully (CASBN: 201187)
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754
Email: Joseph@Tully-Weiss.com

*Attorneys for Plaintiff Marc Elliot*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>Plaintiff,<br><br>v.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC., and STARZ ENTERTAINMENT, LLC<br><br>Defendants. | Case No.: 2:21-cv-08206-JAK-DFM<br><br>**NOTICE OF ERRATA REGARDING PLAINTIFF'S INITIAL COMPLAINT AND FIRST AMENDED COMPLAINT** |

**NOTICE OF ERRATA**

Plaintiff by and through his counsel Joseph M. Tully respectfully submits this errata regarding Plaintiff's Initial Complaint and First Amended Complaint in order to correct the inadvertent clerical errors and omissions. Plaintiff's Initial Complaint was served on October 27, 2021, pursuant Section 415.30 of the California Code of Civil Procedure by priority air mail. However, the included Notice of Acknowledgment of Receipt of Summons and Complaint, hereafter "Acknowledgment," did not contain a date sent or a sender's signature. Said error has been corrected by serving, by the same postal means noted herein, an updated Acknowledgment with a copy of the Initial Complaint.

Plaintiff's first amended complaint was indicated as signed on October 15, 2021. However, the First Amended Complaint should have been signed on November 1, 2021, the day it was filed.

If the Court deems such error to be material, at the Court's direction and discretion, Plaintiff is prepared to file the amended complaint with a corrected signature page, or an individual signature page. A copy of this errata will be served upon the Defendants, today, on November 10, 2021.

Dated: November 10, 2021

                              Respectfully submitted,

/s/ Joseph M. Tully_____
Joseph M. Tully, CASBN 201187
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Telephone: (925) 229-9700
Fax: (925) 231-7754
Email: Joseph@Tully-Weiss.com