## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT<br><br>PLAINTIFF(S) | CASE NUMBER<br><br>2:21-cv-08206-JAK-DFM |
| LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC., and STARZ ENTERTAINMENT, LLC<br><br>DEFENDANT(S). | NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT<br>(For use with State Service only) |

To: Amanda Garcia of C T CORPORATION SYSTEM, 330 N Brand Blvd Ste 700, Glendale, CA 91203

   The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

   You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

   If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

   **IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

   **IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

   I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on November 10, 2021.

*Nathan D. Dondi*
*Signature of Sender*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

Jassy Vick Carolan LLP, 355 S. Grand Ave., Ste. 2450, Los Angeles, CA 90071 on 11/30/2021
*Address* — *Date*

Jean-Paul Jassy
*Signature*
Counsel for Lions Gate Films Inc.
*Relationship to Entity/Authority to Receive Service of Process*

CV-21 (02/04)   NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action. My business address is 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071.

On November 30, 2021, I served true copies of the following document(s) described as:

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

on the interested party(ies) in this action as follows:

Joseph M. Tully, Esq.
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Email: joseph@tully-weiss.com

☑ **BY FIRST-CLASS MAIL:** I deposited said document(s) in a sealed envelope(s) with the United States Postal Service at Los Angeles, California, for delivery, with the postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party(ies) served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY ELECTRONIC MAIL (E-MAIL):** I caused the said document(s) to be transmitted by e-mail to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 30, 2021, at Los Angeles, California.

_____
Marlene Rios

PROOF OF SERVICE