| | |
|---|---|
| 1 | Joseph M. Tully (CASBN: 201187) |
| 2 | Tully & Weiss Attorneys at Law<br>713 Main Street |
| 3 | Martinez, CA 94553<br>Phone: (925) 229-9700 |
| 4 | Fax: (925) 231-7754<br>Email: Joseph@Tully-Weiss.com |
| 5 | Attorneys for Plaintiff |
| 6 | MARC ELLIOT |
| 7 | Jean-Paul Jassy, Cal. Bar No. 205513 |
| 8 | jpjassy@jassyvick.com<br>JASSY VICK CAROLAN LLP |
| 9 | 355 South Grand Avenue, Suite 2450<br>Los Angeles, California 90071 |
| 10 | Telephone:  (310) 870-7048 |
| 11 | Attorneys for Defendants<br>LIONS GATE FILMS INC., LIONS GATE |
| 12 | ENTERTAINMENT INC. and STARZ<br>ENTERTAINMENT, LLC |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARC ELLIOT, | | Case No. 2:21-cv-08206-JAK-DFM |
| | Plaintiff, | Honorable John A. Kronstadt |
| vs. | | |
| LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC, | | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT [DKT. 11]** |
| | Defendants. | |
| | | Complaint Served:   Not served on Defendants |
| | | FAC Served:   November 30, 2021<br>Current Response Date: Disputed<br>Agreed Response Date:  February 9, 2022 |

1  This Stipulation is entered into by and between Plaintiff Marc Elliot
2  ("Plaintiff") and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc.
3  and Starz Entertainment, LLC ("Defendants"), with reference to the following facts:
4  WHEREAS, Plaintiff filed his original Complaint on October 15, 2021 (Dkt.
5  1);
6  WHEREAS, Plaintiff has not filed a proof of service of the Summons or
7  original Complaint and Defendants contend that service of the original Complaint
8  was not effected on Defendants (which were not named as defendants in the original
9  Complaint);
10 WHEREAS, on November 1, 2021, Plaintiff filed a First Amended Complaint
11 (Dkt. 11);
12 WHEREAS, on November 10, 2021, Plaintiff mailed Notices and
13 Acknowledgments of Receipt of the Summons and First Amendment Complaint to
14 Defendants' registered agents;
15 WHEREAS, on November 12, 2021, counsel for Plaintiff and Defendants
16 agreed that the First Amended Complaint is the operative complaint in the action;
17 WHEREAS, on November 30, 2021, Defendants' counsel signed and returned
18 the Notices and Acknowledgements of Receipt of Summons and First Amended
19 Complaint to Plaintiff's counsel;
20 WHEREAS, on December 13, 2021, counsel for Plaintiff and Defendants
21 realized there is a dispute as to the response date to the First Amended Complaint;
22 WHEREAS, also on December 13, 2021, counsel for Plaintiff and Defendants
23 agreed to a February 9, 2022 response date to the First Amended Complaint, in part
24 to amicably resolve their dispute as to the existing response date, and in part to
25 relieve counsel and the parties from briefing over the holiday season, including a pre-
26 planned vacation for Defendants' counsel;
27 WHEREAS, no previous extensions of time for Defendants to respond to any
28 complaint have been requested or granted;

IT IS HEREBY STIPULATED that Defendants shall have until February 9, 2022 to answer, move or otherwise respond to the operative First Amended Complaint.

Dated: December 15, 2021

JASSY VICK CAROLAN LLP

By: /s/ Jean-Paul Jassy
Jean-Paul Jassy

Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC

Dated: December 15, 2021

TULLY & WEISS ATTORNEYS AT LAW

By: /s/ Joseph M. Tully
Joseph M. Tully

Attorneys for Plaintiff
MARC ELLIOT

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Jean-Paul Jassy, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 15, 2021

JASSY VICK CAROLAN LLP

By: */s/ Jean-Paul Jassy*
Jean-Paul Jassy

Attorneys for Defendants