1

2

3

4

5

6

7

8

9          **UNITED STATES DISTRICT COURT**

10       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12   MARC ELLIOT,                          Case No. 2:21-cv-08206-JAK-DFM

13              Plaintiff,                 Honorable John A. Kronstadt

14        vs.

15   LIONS GATE FILMS INC., LIONS          **[PROPOSED] ORDER ON
     GATE ENTERTAINMENT INC. and           STIPULATION TO EXTEND TIME**
16   STARZ ENTERTAINMENT, LLC,             **FOR DEFENDANTS TO RESPOND TO
                                           FIRST AMENDED COMPLAINT**
17              Defendants.                **[DKT. 11]**

18

19

20

21

22

23

24

25

26

27

28

1    Upon review of the Stipulation submitted by Plaintiff Marc Elliot ("Plaintiff")

2   and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz

3   Entertainment, LLC ("Defendants"), and good cause appearing, Defendants shall

4   have until February 9, 2022 to answer, move or otherwise respond to the operative

5   First Amended Complaint.

6

7   IT IS SO ORDERED.

8

9   Date:_____

10

11                                      _____

12                                      HON. JOHN A. KRONSTADT

13                                      U.S. DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28