# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>      Plaintiff,<br><br>  v.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC,<br><br>      Defendants. | No. 2:21-cv-08206-JAK-DFM<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT (DKT. 19)** |

Based on a review of the parties' Stipulation to Extend Time for Defendants to Respond to First Amended Complaint (the "Stipulation" (Dkt. 19)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Defendants shall file a response to the First Amended Complaint on or before February 9, 2022.

**IT IS SO ORDERED.**

DATED: December 29, 2021          _____
                                                              John A. Kronstadt
                                                              United States District Judge