Joseph M. Tully (CASBN: 201187)
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754
Email: Joseph@Tully-Weiss.com

Attorneys for Plaintiff
MARC ELLIOT

Jean-Paul Jassy, Cal. Bar No. 205513
    jpjassy@jassyvick.com
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:  (310) 870-7048

Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>            Plaintiff,<br><br>      vs.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC,<br><br>            Defendants. | Case No. 2:21-cv-08206-JAK-DFM<br><br>Honorable John A. Kronstadt<br><br>**STIPULATION PER STANDING ORDER TO CLARIFY EXTENSION OF TIME AND BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS UNDER ANTI-SLAPP STATUTE** |

1   This Stipulation is entered into by and between Plaintiff Marc Elliot ("Plaintiff") and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC ("Defendants"), with reference to the following facts:

WHEREAS, on November 1, 2021, Plaintiff filed a First Amended Complaint (Dkt. 11);

WHEREAS, on November 30, 2021, Defendants' counsel signed and returned the Notices and Acknowledgements of Receipt of Summons and First Amended Complaint to Plaintiff's counsel;

WHEREAS, on December 15, 2021, counsel for Plaintiff and Defendants stipulated that Defendants shall have until February 9, 2022 to answer, move or otherwise respond to the operative First Amended Complaint (Dkt. 19);

WHEREAS, on December 29, 2021, the Court granted the Parties' stipulation and ordered that Defendants shall file a response to the First Amended Complaint on or before February 9, 2022 (Dkt. 20);

WHEREAS, on January 21, 2022, counsel for Plaintiff and Defendants conferred per Local Rule 7-3 and realized that the Court's December 29, 2021 Order did not explicitly address the timeline to move to dismiss as to the legal sufficiency of the claims under California's Code of Civil Procedure Section 425.16, the Anti-SLAPP Statute;

WHEREAS, on January 21, 2022, counsel for Plaintiff informed Defendants that the other law firm colleague at Plaintiff's counsel's office staffed on the case would be unavailable before February 24, 2022;

WHEREAS, this Stipulation seeks to further clarify the Court's sole prior extension of time for Defendants to respond and does not otherwise alter the case calendar with regards to Defendants' filing deadline;

WHEREAS, per the Court's Standing Order (Dkt. 8), the Parties agreed to a proposed briefing schedule that would accommodate Plaintiff's counsel's colleague's schedule and meet the Court's scheduling requirements. The proposed schedule

1  notices a hearing date more than 70 days after the motion filing date and a reply
2  deadline no later than five weeks before the hearing date. *See* Dkt. 8 § 9.b.;
3      IT IS HEREBY STIPULATED that Defendants shall have until February 9,
4  2022 to answer, move or otherwise respond to the operative First Amended
5  Complaint, including to move to dismiss as to the legal sufficiency of the claims
6  under California's anti-SLAPP statute, Code of Civil Procedure, section 425.16.
7      IT IS FURTHER STIPULATED that Plaintiff shall have until March 11, 2022
8  to file their opposition to Defendants' anti-SLAPP motion, Defendants shall have
9  until March 25, 2022 to file their reply in support of their anti-SLAPP motion to
10 dismiss, and the Parties notice the motion hearing for May 9, 2022, which is currently
11 available on the Court's hearing calendar.

Dated: January 26, 2022        JASSY VICK CAROLAN LLP

                               By:     /s/ Jean-Paul Jassy
                               Jean-Paul Jassy

                               Attorneys for Defendants
                               LIONS GATE FILMS INC., LIONS
                               GATE ENTERTAINMENT INC. and
                               STARZ ENTERTAINMENT, LLC

Dated: January 26, 2022        TULLY & WEISS ATTORNEYS AT
                               LAW

                               By:     /s/ Joseph M. Tully
                               Joseph M. Tully

                               Attorneys for Plaintiff
                               MARC ELLIOT

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Jean-Paul Jassy, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 26, 2022                JASSY VICK CAROLAN LLP

By:     */s/ Jean-Paul Jassy*
Jean-Paul Jassy

Attorneys for Defendants