# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>            Plaintiff,<br><br>   vs.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC,<br><br>            Defendants. | Case No. 2:21-cv-08206-JAK-DFM<br><br>Honorable John A. Kronstadt<br><br>**[PROPOSED] ORDER ON STIPULATION TO CLARIFY EXTENSION OF TIME AND BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS UNDER ANTI-SLAPP STATUTE** |

Upon review of the Stipulation (Dkt. 21) submitted by Plaintiff Marc Elliot ("Plaintiff") and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC ("Defendants"), and good cause appearing, Defendants shall have until February 9, 2022 to answer, move or otherwise respond to the operative First Amended Complaint (see also Dkt. 20), including to move to dismiss as to the legal sufficiency of the claims under California's anti-SLAPP statute, Code of Civil Procedure, section 425.16.

The proposed briefing schedule is approved as followed:

- Plaintiff shall have until March 11, 2022 to file their opposition papers;
- Defendants shall have until March 25, 2022 to file their reply papers;
- The hearing shall be calendared for May 9, 2022.

IT IS SO ORDERED.

Date:_____

_____

HON. JOHN A. KRONSTADT

U.S. DISTRICT JUDGE