UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>        Plaintiff,<br><br>    v.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC,<br><br>        Defendants. | No. 2:21-cv-08206-JAK-DFM<br><br>**ORDER RE STIPULATION PER STANDING ORDER TO CLARIFY EXTENSION OF TIME AND BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS UNDER ANTI-SLAPP STATUTE (DKT. 21)** |

    Based on a review of the parties' Stipulation Per Standing Order to Clarify Extension of Time and Briefing Schedule for Defendants' Anticipated Motion to Dismiss Under Anti-SLAPP Statute (the "Stipulation" (Dkt. 21)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

    Defendants shall have until February 9, 2022, to answer, move or otherwise respond to the operative First Amended Complaint, including to move to dismiss as to the legal sufficiency of the claims under California's Anti-SLAPP statute, Cal. Code of Civ. Proc. § 425.16. Plaintiff shall have until March 11, 2022, to file the

opposition. Defendants shall have until March 25, 2022, to file a reply, if any. The motion hearing shall be calendared for May 9, 2022.

**IT IS SO ORDERED.**

Date: January 28, 2022

_____
John A. Kronstadt
United States District Judge