1  JEAN-PAUL JASSY, Cal. Bar No. 205513
    jpjassy@jassyvick.com
2  MEGHAN FENZEL, Cal. Bar No. 324139
    mfenzel@jassyvick.com
3  JASSY VICK CAROLAN LLP
   355 South Grand Avenue, Suite 2450
4  Los Angeles, California 90071
   Telephone:  310-870-7048
5  Facsimile:   310-870-7010

6  Attorneys for Defendants
   LIONS GATE FILMS INC., LIONS GATE
7  ENTERTAINMENT INC. and STARZ
   ENTERTAINMENT, LLC
8

9                **UNITED STATES DISTRICT COURT**

10              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12 | MARC ELLIOT, | Case No. 2:21-cv-08206-JAK-DFM |

13 |         Plaintiff, | Honorable John A. Kronstadt |

14 |     vs. | **NOTICE OF APPEARANCE OF MEGHAN FENZEL** |

15 | LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC, | |

17 |         Defendants. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC, file this Notice of Appearance and hereby notify the Court that Meghan Fenzel, of the law firm Jassy Vick Carolan LLP, is hereby appearing as counsel for Defendants in the above-referenced matter.

Ms. Fenzel's email address for purpose of receipt of Notices of Electronic Filing is mfenzel@jassyvick.com.  For other purposes, contact information for counsel is set forth above.  Defendants request that Ms. Fenzel be included on the Court's and parties' service lists.

Dated:       February 9, 2022            JASSY VICK CAROLAN LLP


By:   /s/ Meghan Fenzel
Meghan Fenzel
Attorney for Defendants
LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC