| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Jean-Paul Jassy, Cal. Bar No. 205513 |
| Meghan Fenzel, Cal Bar No. 324139 |
| JASSY VICK CAROLAN LLP |
| 355 South Grand Avenue, Suite 2450 |
| Los Angeles, California 90071 |
| T: 310-870-7048 |
| F: 310-870-7010 |
| jpjassy@jassyvick.com; mfenzel@jassyvick.com |

ATTORNEY(S) FOR: Defendants LIONS GATE FILMS INC., et al

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARC ELLIOT, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-08206-JAK-DFM |
| v. | |
| LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defs Lions Gate Films Inc, Lions Gate Etertainment Inc. and Starz Entertainme or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LIONS GATE FILMS INC. | Defendant |
| LIONS GATE ENTERTAINMENT INC. | Defendant |
| STARZ ENTERTAINMENT, LLC | Defendant |
| INTACT INSURANCE GROUP USA LLC | Insurer |

February 9, 2022    /s/ Meghan Fenzel
Date                Signature

Attorney of record for (or name of party appearing in pro per):

Defs LIONS GATE FILMS INC, et al.