1  JEAN-PAUL JASSY, State Bar No. 205513
       jpjassy@jassyvick.com
2  MEGHAN FENZEL, State Bar No. 324139
       mfenzel@jassyvick.com
3  JASSY VICK CAROLAN LLP
   355 South Grand Avenue, Suite 2450
4  Los Angeles, California 90071
   Telephone:  310-870-7048
5  Facsimile:   310-870-7010

6  Attorneys for Defendants
   LIONS GATE FILMS INC., LIONS GATE
7  ENTERTAINMENT INC. and STARZ
   ENTERTAINMENT, LLC

8

9

10              **UNITED STATES DISTRICT COURT**

11          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

13  MARC ELLIOT,                        Case No. 2:21-cv-08206-JAK-DFM

                     Plaintiff,          Honorable John A. Kronstadt
14
        vs.                              **DECLARATION OF MEGHAN
15                                        FENZEL IN SUPPORT OF
    LIONS GATE FILMS INC., LIONS          DEFENDANTS' REQUEST FOR
16  GATE ENTERTAINMENT INC. and           JUDICIAL NOTICE IN SUPPORT OF
    STARZ ENTERTAINMENT, LLC,             SPECIAL MOTION TO STRIKE FIRST
17                                        AMENDED COMPLAINT PURSUANT
                     Defendants.          TO C.C.P. § 425.16**
18

19

20

21

22

23

24

25

26

27

28

1

## **DECLARATION OF MEGHAN FENZEL**

2      I, Meghan Fenzel, declare pursuant to 28 U.S.C. § 1746 as follows:

3      1.      I am an attorney with the law firm Jassy Vick Carolan LLP, counsel of

4  record for Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. in the

5  matter of *Marc Elliot v. Lions Gate Films, Inc. et al*, United States District Court for

6  the Central District of California, Case No. 2:21-cv-08206-JAK-DFM.  Unless

7  otherwise stated, I have personal knowledge of the following facts, and matters stated

8  on information and belief I believe to be true.

9      2.      Exhibit 1, lodged concurrently with this Declaration, is a compilation of

10 four DVDs; each DVD contains one episode of the four-part documentary series at

11 issue in this dispute, *Seduced: Inside the NXIVM Cult*.  Plaintiff appears briefly in the

12 following episodes: Episode One, beginning after the 10-minute mark; Episode Two,

13 between approximately the 20-minute and 40-minute marks, and Episode Four, at

14 approximately the 1 hour 18-minute mark.  Plaintiff does not appear in Episode

15 Three.

16     3.      Exhibit 2, submitted concurrently with this Declaration, is an excerpted

17 copy of the ECF docket report and a pertinent docket entry referencing the Plaintiff

18 from the criminal case *U.S. v. Raniere*, No. 1:18-cr-00204-NGG-VMS (E.D.N.Y).  I

19 retrieved this docket report and downloaded this filing from PACER on January 23,

20 2022.  This exhibit includes:

21     a.  An excerpted copy of the ECF docket report for No. 1:18-cr-00204-

22         NGG-VMS. The docket entry at No. 969 details Raniere's sentence

23         of 120 years imprisonment.

24     b.  A copy of criminal defendant Keith Raniere's sentencing

25         memorandum, *U.S. v. Raniere*, No. 1:18-cr-00204-NGG-VMS, Dkt.

26         925 (E.D.N.Y. Sept. 18, 2020), discussing Plaintiff Marc Elliot

27         support for Raniere on pages 33–36.

28

-9-

4.    Exhibit 3, submitted concurrently with this Declaration, is an illustrative compilation of articles and media coverage about NXIVM up to October 2017.  This exhibit includes:

a.    A copy of the article by Barry Meier, *Inside a Secretive Group Where Women Are Branded*, NY Times (Oct. 17, 2017).  I retrieved this article from the New York Times website on January 19, 2022.

b.    A copy of the article by Suzana Andrews, *The Heiresses and the Cult*, Vanity Fair (Oct. 13, 2010).  I retrieved this article from the Vanity Fair website on January 20, 2022.

c.    A copy of the article: *Cult of Personality*, Forbes (Oct. 13, 2003).  I retrieved this article from the Forbes website on January 20, 2022.

d.    A copy of the Albany Times Union's landing page featuring its coverage of NXIVM.  I accessed this website at https://www.timesunion.com/nxivm and generated this printout on January 23, 2022.

5.    Exhibit 4, submitted concurrently with this Declaration, is an illustrative compilation of articles and media coverage about NXIVM from late 2017 onward, covering allegations of sex trafficking and the related criminal cases.  This exhibit includes:

a.    A copy of the article by Jeff Truesdell, *Dynasty Star Catherine Oxenberg's Fight to Save Daughter from Group That Allegedly Brands Women*, People (Oct. 25, 2017).  I retrieved this article from the People.com website on January 21, 2022.

b.    A copy of ABC News's landing page featuring their coverage of NXIVM.  Out of the 160 search results featuring the term "NXIVM," the earliest is dated December 15, 2017.  I accessed this website at https://abcnews.go.com/search?searchtext=nxivm&sort=date-asc and generated this printout on January 21, 2022.

    c.  A copy of the article by the Associated Press, *NXIVM leader Keith Raniere convicted in lurid sex cult case*, Los Angeles Times (June 19, 2019).  I retrieved this article from the LATimes.com website on January 31, 2022.

    d.  A copy of the article by Lauren Kranc, *How NXIVM Seduced Hollywood Stars and America's Most Powerful Elite Into a Barbaric 'Sex Cult'*, Esquire (Sept. 8, 2021).  I retrieved this article from the Esquire website on January 19, 2022.

    e.  A copy of the Albany Times Union's landing page for the *NXIVM On Trial* podcast.  I accessed this website at https://www.timesunion.com/projects/podcasts/nxivm-on-trial and generated this printout on January 19, 2022.

    f.  A copy of CBC Radio Podcasts' landing page for the *Uncover— Escaping NXIVM* podcast.  I accessed this website at https://www.cbc.ca/radio/uncover/uncover-season-1-escaping-nxivm-1 and generated this printout on January 19, 2022.

    g.  A copy of HBO's landing page for the documentary series *The Vow*.  I accessed this website at https://www.hbo.com/the-vow and generated this printout on January 23, 2022.

    h.  A copy of Starz's landing page for the documentary series at issue in this dispute, *Seduced: Inside the NXIVM Cult*.  I accessed this website at https://www.starz.com/us/en/series/seduced-inside-the-nxivm-cult/59967 and generated this printout on January 23, 2022.

  6.    Exhibit 5, submitted concurrently with this Declaration, is an illustrative compilation of national news media coverage of Plaintiff speaking publicly following Raniere's criminal conviction.  This exhibit includes:

a. A copy of a Reuters photojournalist slideshow, *Pictures: NXIVM sex cult founder Keith Raniere sentenced to 120 years in prison*, Reuters (Oct. 27, 2020).  The first photo in the slideshow shows Plaintiff Marc Elliot standing in front of news microphones outside a United States Courthouse.  The caption reads "Michele Hatchette, Nikki Clyne, Marc Elliot, Eduardo Asunsolo and Suneel Chakravorty, supporters of NXIVM cult leader Keith Raniere, speak to reporters following the sentencing hearing in the sex trafficking and racketeering case against Raniere, . . ."  I retrieved this slideshow from the Reuters website on January 19, 2022.

b. A screenshot and link to a CBS This Morning video interview segment, *Former "Battlestar Galactica" actress part of alleged "sex cult" speaks out*, CBS This Morning (Sept. 29, 2020), https://www.facebook.com/CBSThisMorning/videos/367801947707991.  Plaintiff Marc Elliot appears as one of five interviewees accompanied by the chyron "Former NXIVM Members Speak Out."  I accessed this website at https://www.facebook.com/CBSThisMorning/videos/367801947707991 and generated this printout on January 27, 2022.

7.     Exhibit 6, submitted concurrently with this Declaration, is a copy of the New York State Department of Health's Office of Professional Misconduct and Physician Discipline physician search result for Brandon B. Porter.  The record reflects that Porter's medical license No. 253486 has been revoked due to "professional misconduct . . . in a manner which evidences moral unfitness."  The record links to the Board's Order, which details the allegations and Board's determination.  I accessed this record on the state's website at https://apps.health.ny.gov/pubdoh/professionals/doctors/conduct/factions/PhysicianDetailsAction.action?finalActionId=12236 and generated this printout on

1    January 27, 2022.

2

3         I declare under penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct.

5

6         Executed on February 9, 2022.

7

8                                            /s/ Meghan Fenzel

9                                         Meghan Fenzel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION
ISO REQUEST FOR JUDICIAL NOTICE