# EXHIBIT 1

**Lodged Manually with the Clerk of the Court**

EXHIBIT 1 to Request for Judicial Notice in Support of Special Motion to Strike First Amended Complaint Pursuant to C.C.P. § 425.16 filed by Defendants, Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC, is a compilation of four DVDs; each DVD contains one episode of the four-part documentary series at issue in this dispute, *Seduced: Inside the NXIVM Cult*.