# EXHIBIT 3

Case 1:21-cv-08206-SSS-DFM   Document 36-4   Filed 02/09/22   Page 2 of 47   Page ID #:379

**The New York Times** | https://www.nytimes.com/2017/10/17/nyregion/nxivm-women-branded-albany.html

## *Inside a Secretive Group Where Women Are Branded*

**By Barry Meier**

Oct. 17, 2017

ALBANY — Last March, five women gathered in a home near here to enter a secret sisterhood they were told was created to empower women.

To gain admission, they were required to give their recruiter — or "master," as she was called — naked photographs or other compromising material and were warned that such "collateral" might be publicly released if the group's existence were disclosed.

The women, in their 30s and 40s, belonged to a self-help organization called Nxivm, which is based in Albany and has chapters across the country, Canada and Mexico.

Sarah Edmondson, one of the participants, said she had been told she would get a small tattoo as part of the initiation. But she was not prepared for what came next.

Each woman was told to undress and lie on a massage table, while three others restrained her legs and shoulders. According to one of them, their "master," a top Nxivm official named Lauren Salzman, instructed them to say: "Master, please brand me, it would be an honor."

A female doctor proceeded to use a cauterizing device to sear a two-inch-square symbol below each woman's hip, a procedure that took 20 to 30 minutes. For hours, muffled screams and the smell of burning tissue filled the room.

"I wept the whole time," Ms. Edmondson recalled. "I disassociated out of my body."

Since the late 1990s, an estimated 16,000 people have enrolled in courses offered by Nxivm (pronounced Nex-e-um), which it says are designed to bring about greater self-fulfillment by eliminating psychological and emotional barriers. Most participants take some workshops, like the group's "Executive Success Programs," and resume their lives. But other people have become drawn more deeply into Nxivm, giving up careers, friends and families to become followers of its leader, Keith Raniere, who is known within the group as "Vanguard."



Keith Raniere, founder of Nxivm, in 2009.  Patrick Dodson

Both Nxivm and Mr. Raniere, 57, have long attracted controversy. Former members have depicted him as a man who manipulated his adherents, had sex with them and urged women to follow near-starvation diets to achieve the type of physique he found appealing.

Now, as talk about the secret sisterhood and branding has circulated within Nxivm, scores of members are leaving. Interviews with a dozen of them portray a group spinning more deeply into disturbing practices. Many members said they feared that confessions about indiscretions would be used to blackmail them.

**Fenzel Declaration, Exhibit 3
Page 131**

Mark Vicente, a filmmaker and former top Nxivm official, said that after hearing about the secret society, he confronted Mr. Raniere.

"I said, 'Whatever you are doing, you are heading for a blowup,'" Mr. Vicente said.

Several former members have asked state authorities to investigate the group's practices, but officials have declined to pursue action.

In July, Ms. Edmondson filed a complaint with the New York State Department of Health against Danielle Roberts, a licensed osteopath and follower of Mr. Raniere, who performed the branding, according to Ms. Edmondson and another woman. In a letter, the agency said it would not look into Dr. Roberts because she was not acting as Ms. Edmondson's doctor when the branding is said to have happened.

Separately, a state police investigator told Ms. Edmondson and two other women that officials would not pursue their criminal complaint against Nxivm because their actions had been consensual, a text message shows.

State medical regulators also declined to act on a complaint filed against another Nxivm-affilated physician, Brandon Porter. Dr. Porter, as part of an "experiment," showed women graphically violent film clips while a brain-wave machine and video camera recorded their reactions, according to two women who took part.

The women said they were not warned that some of the clips were violent, including footage of four women being murdered and dismembered.

"Please look into this ASAP," a former Nxivm member, Jennifer Kobelt, stated in her complaint. "This man needs to be stopped."

In September, regulators told Ms. Kobelt they concluded that the allegations against Dr. Porter did not meet the agency's definition of "medical misconduct," their letter shows.

Mr. Raniere and other top Nxivm officials, including Lauren Salzman, did not respond to repeated emails, letters or text messages seeking comment. Dr. Roberts and Dr. Porter also did not respond to inquiries.

Former members said that, inside Nxivm, they are being portrayed as defectors who want to destroy the group.

It is not clear how many women were branded or which Nxivm officials were aware of the practice.

A copy of a text message Mr. Raniere sent to a female follower indicates that he knew women were being branded and that the symbol's design incorporated his initials.

"Not initially intended as my initials but they rearranged it slightly for tribute," Mr. Raniere wrote, ("if it were abraham lincolns or bill gates initials no one would care.)"

## Joining the Sisterhood

Ms. Edmondson, who lives in Vancouver and helped start Nxivm's chapter there, was thrilled when Lauren Salzman arrived in January to teach workshops.

The women, both in their early 40s, were close and Ms. Edmondson regarded Ms. Salzman as a confidante and mentor.

"Lauren was someone I really looked up to as a rock star within the company," said Ms. Edmondson, an actress who joined Nxivm about a decade ago.

During her visit, Ms. Salzman said she had something "really amazing" she wanted to share. "It is kind of strange and top secret and in order for me to tell you about it you need to give me something as collateral to make sure you don't speak about it," Ms. Edmondson recalled her saying.

The proposition seemed like a test of trust. After Ms. Edmondson wrote a letter detailing past indiscretions, Ms. Salzman told her about the secret sorority.

She said it had been formed as a force for good, one that could grow into a network that could influence events like elections. To become effective, members had to overcome weaknesses that Mr. Raniere taught were common to women — an overemotional nature, a failure to keep promises and an embrace of the role of victim, according to Ms. Edmondson and other members.

Submission and obedience would be used as tools to achieve those goals, several women said. The sisterhood would comprise circles, each led by a "master" who would recruit six "slaves," according to two women. In time, they would recruit slaves of their own.

"She made it sound like a bad-ass bitch boot camp," Ms. Edmondson said.

Ms. Edmondson and others said that during training, the women were required to send their master texts that read "Morning M" and "Night M." During drills, a master texted her slaves "?" and they had 60 seconds to reply "Ready M."

Trainees who failed had to pay penalties, including fasting, or could face physical punishments, two women said.

**Fenzel Declaration, Exhibit 3**
**Page 132**

Case 2:21-cv-08206-SSS-DFM   Document 36-4   Filed 02/09/22   Page 4 of 47   Page ID #:381

In March, Ms. Edmondson arrived for an initiation ceremony at Ms. Salzman's home in Clifton Park, N.Y., a town about 20 miles north of Albany where Mr. Raniere and some followers live. After undressing, she was led to a candlelit ceremony, where she removed a blindfold and saw Ms. Salzman's other slaves for the first time. The women were then driven to a nearby house, where the branding took place.

Sarah Edmondson showed her brand.  Ruth Fremson/The New York Times

In the spring, the sorority grew as women joined different circles. Slaves added compromising collateral every month to Dropbox accounts, and a Google Document was used to list a timetable for recruiting new slaves, several women said.

> **Sign up for the New York Today Newsletter**  Each morning, get the latest on New York businesses, arts, sports, dining, style and more. Get it sent to your inbox.

Around the same time, an actress, Catherine Oxenberg, said she learned her daughter had been initiated into the sorority.

"I felt sick to my stomach," said Ms. Oxenberg, who starred in the 1980s television series "Dynasty."

Ms. Oxenberg had become increasingly concerned about her 26-year-old daughter, India, who looked emaciated from dieting. She told her mother that she had not had a menstrual period for a year and that her hair was falling out.

Ms. Oxenberg said she invited her daughter home in late May to try to get her away from the group.

When Ms. Oxenberg confronted her about the sorority, her daughter defended its practices.

"She said it was a character-building experience," Ms. Oxenberg said.

Fenzel Declaration, Exhibit 3
Page 133

Catherine Oxenberg was informed that her daughter, India, had become part of Nxivm's secret sorority.  Ruth Fremson/The New York Times

## 'Humans Can Be Noble'

By the time the secret group was taking shape, Mark Vicente, the filmmaker, had been a faithful follower of Mr. Raniere for more than a decade.

Mr. Vicente said he had been contacted by Ms. Salzman's mother, Nancy, a co-founder of Nxivm who is known as "Prefect," after the 2004 release of a documentary he co-directed that explored spirituality and physics.

Soon, Mr. Vicente was taking courses that he said helped him expose his fears and learn strategies that made him feel more resolute.

He also made a documentary called "Encender el Corazón," or "Ignite the Heart," which lionized Mr. Raniere's work in Mexico.

"Keith Raniere is an activist, scientist, philosopher and, above all, humanitarian," Mr. Vicente says in the film.

Mr. Raniere has used those words to describe himself. On his website, he said he spoke in full sentences by age 1, mastered high school mathematics by 12 and taught himself to play "concert level" piano. At 16, he entered Rensselaer Polytechnic Institute in Troy, N.Y.

Before Nxivm, he helped run a company called Consumers' Buyline Inc., which offered discounts to members on groceries and other products.

In the mid-1990s, several state attorneys general investigated it as a suspected pyramid scheme; Mr. Raniere and his associates agreed to shut it down.

Through Nxivm, Mr. Raniere transformed himself into a New Age teacher with long hair and a guru-like manner of speaking.

"Humans can be noble," he says on his website. "The question is: will we put forth what is necessary?"

By many accounts, Mr. Raniere sleeps during the day and goes out at night to play volleyball or take female followers for long walks. Several women described him as warm, funny and eager to talk about subjects that interested them.

Others saw a different side. Nxivm sued several former members, accusing them of stealing its trade secrets, among other things.

Mr. Vicente said he was aware of the negative publicity, including a 2012 series by The Albany Times-Union that described alleged abuses inside Nxivm.

Mr. Vicente's views began to change this year after his wife was ostracized when she left Nxivm and he heard rumors about the secret sorority.

Mark Vicente and his wife, Bonnie Piesse, both former members of Nxivm. Mr. Vicente confronted Keith Raniere about the secret society within the group.  Ruth Fremson/The New York Times

Mr. Vicente said he got evasive answers when he asked Mr. Raniere about the group. Mr. Raniere acknowledged giving "five women permission to do something," but did not elaborate, other than to say he would investigate, Mr. Vicente said.

Fenzel Declaration, Exhibit 3
Page 134

Case 2:21-cv-08206-SSS-DFM     Document 36-4     Filed 02/09/22     Page 6 of 47     Page ID #:383

Mr. Vicente said he suspected Mr. Raniere was lying to him and might have done so before. Suddenly, self-awareness techniques he had learned felt like tools that had been used to control him.

"No one goes in looking to have their personality stripped away," he said. "You just don't realize what is happening."

## Followers Start to Flee

In May, Sarah Edmondson began to recoil from her embrace of the secret society.

Her husband, Anthony Ames, who was also a Nxivm member, learned about her branding and the couple both wanted out.

Before quitting, Mr. Ames went to Nxivm's offices in Albany to collect money he said the group owed him.

He had his cellphone in his pocket and turned on its recorder.

On the recording, Mr. Ames tells another member that Ms. Edmondson was branded and that other women told him about handing over collateral. "This is criminal," Mr. Ames says.

The voice of a woman — who Mr. Ames said is Lauren Salzman — is heard trying to calm him. "I don't think you are open to having a conversation," she said.

"You are absolutely right, I'm not open to having a conversation," he replied. "My wife got branded."

A few days later, many of Mr. Raniere's followers learned of the secret society from a website run by a Buffalo-area businessman, Frank R. Parlato Jr. Mr. Parlato had been locked in a long legal battle with two sisters, Sara and Clare Bronfman, who are members of Nxivm and the daughters of Edgar Bronfman, the deceased chairman of Seagram Company.

Nxivm's Executive Success Programs offices in Albany. The organization has chapters across the United States, Canada and Mexico.  Nathaniel Brooks for The New York Times

In 2011, the Bronfman sisters sued Mr. Parlato, whom they had hired as a consultant, alleging he had defrauded them of $1 million.

Four years later, in 2015, the Justice Department indicted him on charges of fraud and other crimes arising from alleged activities, including defrauding the Bronfmans. Mr. Parlato has denied the claims and the case is pending.

Mr. Parlato started a website, The Frank Report, which he uses to lambaste prosecutors, Mr. Raniere and the Bronfmans. In early June, Mr. Parlato published the first in a torrent of salacious posts under the headline, "Branded Slaves and Master Raniere."

A Nxivm follower, Soukaina Mehdaoui, said she reached out to Mr. Raniere after reading the post. Ms. Mehdaoui, 25, was a newcomer to Nxivm, but the two had grown close.

She said Mr. Raniere told her the secret sorority began after three women offered damaging collateral to seal lifetime vows of obedience to him.

While Ms. Mehdaoui had joined the sorority, the women in her circle were not branded. She was appalled.

"There are things I didn't know that I didn't sign up for, and I'm not even hearing about it from you," she texted Mr. Raniere.

Mr. Raniere texted back about his initials and the brand.

Fenzel Declaration, Exhibit 3
Page 135

By then, panic was spreading inside Nxivm. Slaves were ordered to delete encrypted messages between them and erase Google documents, two women said. To those considering breaking away, it was not clear whom they could trust and who were Nxivm loyalists.

Late one night, Ms. Mehdaoui met secretly with another Nxivm member. They took out their cellphones to show they were not recording the conversation.

Both decided to leave Nxivm, despite concerns that the group would retaliate by releasing their "collateral" or suing them.

Ms. Mehdaoui said that when she went to say goodbye to Mr. Raniere, he urged her to stay.

"Do you think, I'm bad, I don't agree with abuses," she recalled him saying. He said the group "gives women tools to be powerful, to regain their power for the sake of building love."

Nxivm recently filed criminal complaints with the Vancouver police against Ms. Edmondson and two other women accusing them of mischief and other crimes in connection with the firm's now-closed center there, according to Ms. Edmondson. The women have denied the allegations. A spokesman for the Vancouver police declined to comment.

Ms. Edmondson and other former followers of Mr. Raniere said they were focusing on recovering.

"There is no playbook for leaving a cult," she said.

FROM THE U.K. EDITION   |   NOVEMBER 2010

# The Heiresses and the Cult

To family friends, Seagram heiresses Sara and Clare Bronfman are victims of a frightening, secretive "cult" called nxivm, which has swallowed as much as $150 million of their fortune. But the organization's leader, Keith Raniere, seems also to have tapped into a complex emotional rift between the sisters and their father, billionaire philanthropist Edgar Bronfman Sr. The author investigates the accusations that are now flying—blackmail, perjury, forgery—in a many-sided legal war.

BY SUZANNA ANDREWS

OCTOBER 13, 2010



his spring, Clare Bronfman, the 31-year-old heiress to the multi-billion-dollar Seagram liquor fortune, would describe to a New York court the extortion letter that was sent to her

Fenzel Declaration, Exhibit 3
Page 137

T on April 24, 2009. Intended for her 33-year-old sister, Sara, as well, it was signed by several women, including the sisters' financial planner, a masseuse, and a hairstylist, and demanded that "they be paid $2.1 million by midnight," Clare said in a sworn declaration, "or else they would go to the press with information they deemed harmful to my sister and I." What that information was, the letter didn't say, but Clare viewed the threat as alarming. The daughters of the billionaire philanthropist and former Seagram chairman, Edgar Bronfman Sr., and the half-sisters of Edgar junior, the chairman of Warner Music Group, Sara and Clare were not simply heiresses to a global empire built by their grandfather Samuel Bronfman. As they would describe themselves, they were also important, wealthy entrepreneurs and philanthropists in their own right—women who bankrolled a web of investments and humanitarian foundations based in the Albany region, where they lived. Indeed, as Clare would tell a court this spring, the extortion demand arrived when she and Sara "were two weeks away from hosting the Dalai Lama in Albany for an event on humanitarian issues."

The alleged threat would have been disturbing if it occurred. But among the many allegations that have been made about Sara and Clare Bronfman in recent months was the charge that Clare was lying about the "extortion" letter. Made in hundreds of pages of court documents that began to leak out to the press this spring, they have stunned friends of the Bronfman family. Many knew that Edgar Bronfman's daughters were involved in a secretive organization called nxivm (pronounced "nexium"), a group that he himself had openly referred to as "a cult." But only a few were aware of what the court documents would reveal —the massive gutting by the Bronfman daughters of their family trust funds to help finance nxivm and the alleged investment schemes of its leader, a 50-year-old man by the name of Keith Raniere. The amount—reportedly $100 million—was staggering and made for eye-popping headlines. But according to legal filings and public documents, in the last six years as much as $150 million was taken out of the Bronfmans' trusts and bank accounts, including $66 million allegedly used to cover Raniere's failed bets in the commodities market, $30 million to buy real estate in Los Angeles and around Albany, $11 million for a 22-seat, two-engine Canadair CL-600 jet, and millions more to support a barrage of lawsuits across the country against nxivm's enemies. Much of it was spent, according to court filings, as Sara and Clare Bronfman allegedly worked to conceal the extent of their spending from their 81-year-old father and the Bronfman-family trustees.

**Fenzel Declaration, Exhibit 3
Page 138**

But Edgar Bronfman knew at least some of what was going on, according to those who have spoken to him. And he was deeply concerned, says one ex-nxivm member who met with him last year. "He wanted to know how his girls were. He was worried about them," this person says. "He saw them, but only the façade." They were distant and secretive. "I was afraid," this person says, "to tell him what was really happening." Like many former members of nxivm, this person was afraid of the consequences of speaking out. But in the last few months, people have begun to come forward with stories about nxivm. Stories about private detectives allegedly obtaining bank and phone records of nxivm opponents; stories of its critics being followed and threatened and, in one case, reportedly run off the road by a black limousine; accounts of a motherless three-year-old boy, brought into the group as a newborn under mysterious circumstances, and about the circumstances behind the Dalai Lama's visit to Albany. Suddenly darker questions were being raised about how the Bronfmans' money was being used. Indeed, today, in the multiple lawsuits involving the Bronfman sisters, there are serious allegations being lobbed—not just of possible blackmail and perjury but also of other "potentially illegal" activities, including theft and "a conspiracy to forge documents."

What seems clear, from court documents and interviews with ex–nxivm members—and those who have come into conflict with the group and its mysterious guru—is that Sara and Clare Bronfman could be in serious trouble. And yet, despite his wealth and power, their father, at least publicly, appears to be doing nothing to help. According to some family friends and advisers, however, there may be nothing he can do, in part because, some say, he may have been the one who set all this in motion. Sara and Clare, says a friend of theirs, "are not completely brainwashed. . . . They're more cognizant than you'd think, given the amount of money involved. I think there are personal reasons regarding the conflict they have with their family that keep them affiliated with nxivm. On some level, I think they feel the affiliation is reinforcing their version of things, in opposition to the opinion of their family. I think all the legal, litigious craziness is all about them trying to win this battle with their father."

## Bronfman Gold Dust

f the two sisters, Sara is the more outgoing, which comes across in photographs. In one taken just after the Dalai Lama's Albany speech, in May 2009, Sara is beaming. Wearing

O sandals, an ankle-length blue dress, and a silky white scarf around her neck, her curly brown hair hanging loose down her back, she is walking outside Albany's Palace Theatre next to Pamela Cafritz. A longtime acolyte of Raniere's and the daughter of the Washington socialites Bill and Buffy Cafritz, Pamela is wearing a suit and heels. On her left is Clare. She has a worried, almost dour expression. Wearing an ill-fitting knee-length burgundy dress, she is barefoot. Both Bronfmans resemble their father far more than their 60-year-old mother, Georgiana.

Born Rita Webb, she was a great beauty, the daughter of a pub owner in Essex, England, who changed her name to Georgiana shortly before she became Edgar Bronfman's third wife, in 1975. Edgar and his first wife, the investment-banking heiress Ann Loeb, had divorced two years earlier. They'd been married for 20 years and had five children together—Samuel, Edgar junior, Holly, Matthew, and Adam—who were in their teens and 20s when Sara and Clare were born. Edgar senior's father had died only months before his separation from Ann, and in his 1998 memoir, *Good Spirits,* he would say that for much of the next 15 years he "rode an emotional roller coaster, struggling with difficult relationships and painful separations." In 1973, after his divorce from Ann, he married Lady Carolyn Townshend, but soon had the marriage annulled, on the grounds that she refused to sleep with him.

His marriage to Sara and Clare's mother ended when Sara was around seven and Clare only four. In a decision he would later call "really naïve," Bronfman remarried Georgiana—"to keep my young girls with me," he wrote—but the relationship soon collapsed again. For the rest of their childhood, the girls would visit their father, who owned estates outside Charlottesville, Virginia, and in Westchester County, a home in Sun Valley, and an apartment on Fifth Avenue. But their lives would be centered in England and in Kenya, where their mother, who was reportedly involved with the noted paleontologist Richard Leakey—and who is currently married to actor Nigel Havers—spent much of her time.

But even when Sara and Clare were with their father, says a friend, there was a sense of separation. "They were the last two of seven children, and there was a significant age gap, and they really weren't always under the umbrella of the Bronfman family," the friend says. "It's noticeable, when you're with them, that they were not always sitting at the exalted Bronfman table." They hadn't grown up in New York society, like their siblings, or gone to top schools. They weren't sprinkled with the Bronfman gold dust, and, in a family noted for its sense of entitlement, this set them apart. But they did have the Bronfman name and the Bronfman money.

**Fenzel Declaration, Exhibit 3
Page 140**

Get 1 year for ~~$29.99~~ $15 + a free tote.

Get 1 year for ~~$29.99~~ $15 + a free tote.

**Join Now** ‣



Raniere (in bed reading *How to Win at Gambling*).

## Saving the World, Saving the Universe

Sara was the first to join nxivm. In the fall of 2002, when the group was still known as Executive Success Programs, she took one of its "intensives"— workshops that today last anywhere from 5 to 16 days and cost about $7,500. The introductory courses were essentially life-coaching, self-improvement workshops, based on an amalgam of therapeutic techniques, including hypnosis and Neuro-linguistic Programming, or NLP, a controversial behavior-modification regimen. These techniques had been repackaged—along with a moral twist, that by becoming fully empowered one could help create a more ethical world—into something called Rational

**Fenzel Declaration, Exhibit 3
Page 141**

Inquiry by Keith Raniere, who had founded Executive Success Programs in 1998 with Nancy Salzman, an NLP trainer.

Born in Brooklyn in 1960, Raniere was the only child of an advertising executive and a former ballroom-dance teacher. When he was eight, according to his father, James, his parents divorced and he was raised by his mother, Vera, in the suburbs. Educated in private schools, Raniere would claim that in 1989 he was in the Guinness Book of World Records for "Highest IQ." He also claimed to have taught himself high-school math in 19 hours when he was 12 and to have completed three years of college math and computer-language classes by the age of 13. He graduated from Rensselaer Polytechnic Institute, in Troy, New York, in 1982, having majored in physics, math, and biology, and later worked as a computer programmer and consultant. In 1990, he founded Consumers' Buyline, a multi-level marketing company, and then co-founded Executive Success Programs.

By 2002, what most people saw in ESP was a successful corporate self-help program. Many of its "graduates" reported amazing results: some had stopped smoking; others had overcome their fear of public speaking. Its alumni include Sheila Johnson, a co-founder of Black Entertainment Television; Antonia Novello, the former U.S. surgeon general; Richard Branson; and Emiliano Salinas, a venture capitalist, who is the son of Mexico's former president Carlos Salinas and still a prominent nxivm member.

Sara was introduced to nxivm by a family friend. She was 25, charming, and sweet, but "an airhead," as one acquaintance puts it, a party girl who flitted from European city to European city, island to island. Her four-month marriage, to an Irish jockey named Ronan Clarke, was already in trouble. She had done some work at N.Y.U., but not much else with her life, except to run a skydiving business in the Caribbean. As Sara would later explain on her blog, she was "in search of finding ways to bring peace to the world." According to the family friend, who put it more prosaically, she was desperately looking for some purpose in her life. And she found it at nxivm. "She was enamored right away," recalls one former nxivm "trainer." Sara urged Clare, then 23, to take an intensive. At the time, Clare was passionately committed to her equestrian career—she was a competitive jumper, trained horses, and owned her own company, Slate River Farm—which might explain why she was a tougher sell. According to a former nxivm member, at her first workshop, in Mexico, Clare refused to look people in the eye. She showed up in a dirty T-shirt. "She had a defiant air about her. She was more angry than Sara—angry at the world," this woman recalls. "She

**Fenzel Declaration, Exhibit 3
Page 142**

would tell people that she had decided to spend the rest of her life with horses, because she didn't like human beings."

# Father Knows Best

In the early part of 2003 Edgar Bronfman took his first intensive. A former nxivm devotee recalls that it was because "he saw amazing changes" in his daughters. But others believe it may have also been because Raniere had his sights set on the billionaire almost from the day that Sara showed up for her first workshop. During their initial sessions, both sisters gave one trainer the impression that they had a "terrible" relationship with their father. "I remember them saying that he was the kind of man that could always buy anything—anything or anyone," says this person. "And they didn't want that control anymore." But at the time, another person says, all that people knew was Raniere had urged them to reach out to their father. And Bronfman, apparently eager to improve his relationship with his youngest children, signed up for one of the five-day "V.I.P." courses, which were designed to pull in the rich and famous. The intimate, $10,000 white-glove workshops were then taught by nxivm's president, Nancy Salzman, who, along with Edgar Bronfman Sr., Sara, Clare, Raniere, and other nxivm representatives, would not comment for this story.

"If everyone were to go through this training, the world would be a much better and safer place to live," Bronfman purportedly wrote in a testimonial to nxivm shortly after he completed the course. During the workshops, he said, "we learned to look deep into our psyches, to get rid of hang-ups that had plagued us for years." He was so impressed by nxivm's program that he began private therapy sessions with Nancy Salzman. For months, according to Barbara Bouchey, a former nxivm board member, he would send his helicopter to pick Salzman up in New York and fly her to his estate in Virginia. But something went awry. People believe it was when Clare, in a snit, after a nxivm session in which she felt ignored, told her father that nxivm had borrowed $2 million from her. Furious, Bronfman soon cut his ties with nxivm.

But it didn't end there. In October 2003, Keith Raniere was on the cover of Forbes magazine. The article was devastating—a gold mine of previously unpublished information, it painted a dark portrait of nxivm and portrayed Raniere as a strange and "manipulative" man, who had no driver's license and no bank accounts in his name, although nxivm

Fenzel Declaration, Exhibit 3
Page 143

appeared to be raking in millions. It revealed that in 1993 his great business achievement, Consumers' Buyline, had been shut down after being investigated by regulators in 20 states and sued by New York's attorney general on the grounds it was "a pyramid scheme." nxivm's bizarre rituals were detailed—the "ESP handclap," the bowing, Raniere's insistence that he be referred to as "Vanguard" and Salzman as "Prefect." There was also the "baffling and solipsistic jargon," some of it derived from Raniere's intense devotion to the works of Ayn Rand—and from "his notion of unalloyed self-interest as the path to ethical behavior." "Parasites" were people who created problems because they craved attention, and "suppressives" were those who saw good but wanted to destroy it, which included anyone who opposed Raniere and nxivm. Most alarming were the accounts of near-psychotic breakdowns among some who had gone through the nxivm program, accounts that described what appeared to be classic brainwashing techniques, in which people were separated from their families and slowly broken down psychologically.

People at nxivm were stunned. Expecting a positive story, the top ranks had spoken to Forbes, including Raniere, Salzman, and Sara Bronfman. What upset them above all were Edgar Bronfman's remarks. "I think it's a cult," he told the magazine, going on to say that he was troubled about the "emotional and financial" investment in nxivm by his daughters, to whom he hadn't spoken in months. Sara and Clare were shocked. Their father had given them no warning, people say. "I don't think he addressed this with them, and they were deeply hurt by that," says a friend, adding that especially for Sara, who had been made to look slightly ridiculous in the article—caressing her yellow nxivm sash and gushing that it was "the first thing that I had earned on just my merits"—"this resonated as a betrayal." Within nxivm, word went out that Edgar Bronfman had encouraged the article, perhaps even feeding Forbes information "because he wanted to destroy nxivm." If this was true, it backfired. "That," says one woman, "was when Edgar Bronfman became nxivm's enemy."

It was shortly after the article appeared that Toni Natalie called Edgar Bronfman to warn him. She knew from personal experience how dangerous it could be to cross Keith Raniere. She had been his girlfriend for eight years, his business partner in a health-food shop, and she was around when Salzman and Raniere had set up ESP. Natalie says that after she left Raniere, in 1999, a nearly decade-long nightmare began. Although Salzman would deny allegations of harassment, according to court documents Natalie's home was broken into; police were sent to her mother's house; her family was threatened. When her business with Raniere collapsed, saddled with debts that had been put in her name, she filed for

**Fenzel Declaration, Exhibit 3
Page 144**

bankruptcy. What should have been a quick process dragged out for nine years as Raniere, backed by Salzman and Kristin Keeffe—another top Raniere lieutenant, who today often represents Sara and Clare in court—filed motion after motion against Natalie, in a process a judge would say "smacks of a jilted fellow's attempt at revenge." During those years, Natalie would learn that nxivm had hired the controversial Israeli-born private investigator Juval Aviv to monitor her home and look into her private life and business activities. Several times, she says, she was visited by F.B.I. agents, most recently this past February.

T oday, Toni Natalie describes this phase of her life as "terrifying." During her years with Raniere she was so broken psychologically that, according to court filings, she gave up the care of her child because Raniere had encouraged her to. With his long brown hair and penetrating blue eyes, Raniere, she says, was "very charismatic. I mean, he could tell you the sun is purple with pink polka dots and you'd look up and see it." He was truly brilliant, she says, but in the way "that brilliance is the closest thing to insanity," recalling how he had insisted she keep the body of her dead puppy in her garage freezer and look at it daily in order to better deal with death. What drove him, she isn't sure. He didn't say much about his past, except that his mother had a heart condition, was an alcoholic, "and that he always had to take care of her." He said he hated dance "because his mother would make him dance with her." "I think she drank more than she should have, but I don't think she had a drinking problem," says Raniere's father, James. At least, he says, "I never saw it," although he wonders if it was what Keith saw, "from living with her alone." If Keith's childhood was troubled at all, says his father, it was only because his mother "was dying for three years, little by little." She died when he was 18, right around Christmas.

When Natalie was with him, Raniere lived in a house in Halfmoon, a town north of Albany, which he shared with Pam Cafritz and Karen Unterreiner, a college girlfriend. He still lives there, in a neighborhood people refer to as the "compound," because so many nxivm members, most of them women, live in the surrounding houses. He doesn't drive and can be seen, usually at night, walking along the tree-lined streets of Halfmoon—as much as 12 miles a day—rarely alone, often surrounded by women. People describe Raniere as fascinated by mathematics and the workings of the mind, and by power and money and their effect on society—but, above all, as obsessive about maintaining control over his world and the people around him. There are those who believe that, in the words of one, it's also "a game for him, to see what he can make people do." These days Keith Raniere is rarely seen at nxivm

**Fenzel Declaration, Exhibit 3
Page 145**    9/18

training sessions, which some former members say can get very dark. In 2003, Kristin
Snyder, a 35-year-old environmental consultant, disappeared after a nxivm session in
Alaska. Her body was never found, but in her truck, parked on the shore of Resurrection
Bay, was a note which read, "I was brainwashed and my emotional center of the brain was
killed/turned off. . . . Please contact my parents . . . if you find me or this note. I am sorry . . .
I didn't know I was already dead." Today, people describe nxivm therapy sessions in which
they were convinced that they are "reincarnated Nazis" or "responsible for 9/11." Looking
back on her experience, Natalie says, "Keith finds your vulnerabilities and then he preys on
them."

## Hello, Dalai

When Toni Natalie called Edgar Bronfman, after reading the *Forbes*
article in the fall of 2003, he took her call immediately. "I told him, 'Mr.
Bronfman, you need to get your girls out of there. It's a cult. Raniere's
bad. If you don't get them out, in a few years he's going to burn through
all their money. He's going to be sleeping with both of them.' And he said, 'No. No. Not my
girls. No. They won't do that.'"

According to Barbara Bouchey, it was Keith Raniere who, in late 2003, suggested that Sara
and Clare become clients of her asset-management firm. At the time, Bouchey was not only
a member of nxivm's board but also one of Raniere's girlfriends. Looking back now, she says
she did not see this as a conflict of interest—or how easy it would be to make her the
"scapegoat" for what happened next. As she described herself in a 2009 deposition, she was
just "a check-writing disbursement girl." Her firm kept Sara's and Clare's books and paid
their bills. Any payments made from their trust or bank accounts had to be approved by the
Bronfmans.

It started with relatively small amounts—a $2 million loan in 2004 to Joseph O'Hara, an
Albany businessman and attorney, who worked as an adviser to nxivm. But the amounts
quickly grew. That August, at Vanguard Week, a lengthy celebration of Raniere's birthday,
held every summer, Sara and Clare stood onstage and presented Raniere with a giant
cardboard check for $20 million, a donation to the Ethical Foundation—a nonprofit
controlled by nxivm through O'Hara—to finance Raniere's scientific research. It was the first
time the sisters had tapped their trusts in a big way and was a pledge, insiders say, to

eventually turn over to the foundation the principal of two charitable trusts. By the end of 2004 they had bought the jet. In early 2005, they began covering Raniere's losses in the commodities market. According to Bouchey, Raniere believed that he had come up with a mathematical formula that would enable him to make a killing. He'd already lost nearly $7 million on his commodities bets several years before. But, according to a declaration by Yuri Plyam, Raniere's Los Angeles–based commodities broker, with the Bronfmans on board he began to trade "with the same extreme pattern" except that the trading positions were much bigger.

A s Raniere's losses soared, he would tell people that Sara and Clare's father was responsible. According to Bouchey, he said that Edgar Bronfman "had figured out a plot with the commodities clearing firm" to steal Raniere's money. From January 2005 to late 2007, according to court filings, Raniere, trading through First Principles, a company registered in Nancy Salzman's name, would lose close to $70 million—and the Bronfmans would cover $65.6 million of it. Between them, they would also spend close to $1 million to buy and refurbish Salzman's house in Halfmoon; Clare would pay $2.3 million for a 234-acre horse farm outside Albany that nxivm would use; and Sara would buy a $6.5 million apartment in the Trump International Hotel & Tower in Manhattan that Salzman would use. They would also "lend" about $1.7 million to buy nxivm's headquarters.

By late 2007, they had also sunk $26.4 million into a Los Angeles real-estate project. Structured as a joint venture with Plyam and his wife, Natasha, it was set up through a company called Precision Development. The deal, to build houses and condominiums in the wealthier neighborhoods of Los Angeles, had, according to Bouchey and Plyam, been Raniere's idea, although his name would appear on none of the documents. Neither, initially, would the Bronfmans'. According to a declaration by Plyam, Raniere told him Sara and Clare's involvement had to be kept secret, because they were trying to hide the Precision Development investment from their father.

And there was good reason. Bouchey claims they were so financially stretched by Raniere's commodities losses and Precision Development that they were forced to ask their father for a loan from a trust they would inherit only upon his death. It may have been difficult for him to refuse because insiders and public financing statements suggest that the trusts for the Bronfman children had provisions which allowed them to borrow money against the assets

**Fenzel Declaration, Exhibit 3**
**Page 147**

of what was in effect their father's master trust. Bouchey helped the sisters borrow $60 million from the trust, but when they failed to repay a large chunk of it, their father was not the only one who was concerned. According to Bouchey, the trustees "were very anxious to have that money go back into the trust." By the summer of 2007, however, chafing over the trustees' control and desperate for more money, Sara and Clare were working to change the trustees overseeing their portion of the master trust, which they told people, according to Plyam, would give them access to more money—indeed, another $200 million.

A t some point, Bronfman was reportedly considering taking legal action to have his daughters declared incompetent in an effort to protect their assets and pry them away from nxivm. But one insider says, "I don't think the family wants the stigma of that attached to the girls," adding, "They're very sweet and young and very naïve."

Which is not how many people within nxivm saw Sara and Clare. While there is sympathy for the psychological pressures they may have endured, there is still a lot of ire toward them. "They were made important in the organization based on what they brought to the organization—money and the Bronfman name," says one woman. And they used their money, she says, "to buy their way to the top." It started with Sara, who some insiders claim was promoted "before she'd earned it." She was put on nxivm's board and given the title of minister of humanities, which meant that Sara was responsible for organizing all of the group's events—a job for which she had few qualifications, former insiders say. "She didn't know how to run a business, because she never has," says one former member. Which is not to say she did nothing—she helped launch nxivm centers in New York City and Belfast, and it was partly through her connections that nxivm was able to arrange a V.I.P. session with Richard Branson on his private Caribbean island. But when she was put in charge of nxivm's head trainers, it created an uproar in the ranks. She played favorites, one woman says, cutting people out of important commissions. Her spaciness, some began to believe, was "partially an act, a way of evading responsibility." If Raniere gained control over people through their vulnerabilities, his influence over Sara, one person says, "was that he made her important in her own mind."

People say the same was true with Clare, to even more damaging effect. Perhaps more competent than her sister, she was also considered cutting and "mean." She "treats people like servants," says one former trainer. "You'd hear Clare say, 'It's not worth the value you're

giving,'" says this person. "'You didn't work that hard.' People began to say, 'How would she
know anyway? She's never worked for anything.'" Yet even nxivm members were awed by
her passion and talent for horse jumping and were disturbed when she abandoned the sport.
Her doubts appear to have set in shortly after she joined nxivm. "I always wanted to win
because I thought I would be more loved by my father and respected more by my peers," she
wrote on her Web site, House of Equus, in late 2005. "When I won the Grand Prix in 2002,
for a moment it felt glorious, until I then questioned if I could do it again, what if next week
I do not win? Will I still be loved, respected? It was horrible, the joy of winning slipped
away." By 2004, she was in the running for the U.S. Olympic trials, an achievement she
credited to her work with Raniere—who then, says one former insider, told her that she had
far more important things to do with her wealth and her power as a Bronfman. She would
eventually sell most of her horses, put her $7 million New Hope, Pennsylvania, estate—with
its state-of-the-art equestrian facilities—on the market, and throw herself into the running
and financing of a slew of Raniere-inspired projects and foundations.

I n early 2008, it was Clare, of the two sisters, who would take the leading role in
going after Yuri and Natasha Plyam. According to the lawsuit, filed in Los Angeles
Superior Court, the Plyams had diverted for their personal use part of the $26
million the Bronfmans had given them to develop real estate in Los Angeles. The
Plyams would counter that, short of money because of Raniere's commodities losses,
Raniere, Salzman, and the Bronfmans had devised a plan to seize control of their jointly
held company, Precision Development. It was Clare who would make most of the
accusations in court filings—in her statement, Sara seemed almost comically unaware of the
details of how $13 million of her money had been spent. According to e-mails and
documents filed with the court, it was also Clare who firmed up the sisters' agreement to pay
$1 million to a man named Frank Parlato Jr., who showed up at the Plyams' Wilshire
Boulevard office looking "thug-like," dressed in black and wearing a fedora. Allegedly
claiming to represent Edgar Bronfman, he said that the billionaire was furious and
convinced that the Plyams "were in cahoots with Raniere to fleece" his daughters and that
he was ready to take action against them if Yuri Plyam didn't sign documents that gave
control of the real-estate company to Sara and Clare. Although a nxivm member who was at
the meeting confirmed hearing Parlato say he worked for Edgar Bronfman, Parlato has
denied misrepresenting himself, saying that everything he did was proper. Plyam signed the
papers.

Fenzel Declaration, Exhibit 3
Page 149

Edgar Bronfman would deny that Frank Parlato represented him, but that wasn't until this March, when the allegations were published in a jaw-dropping story in the *New York Post*. By then, however, Sara and Clare were already knee-deep in trouble.

On the surface, all seemed well when they joined their family in Sun Valley in June 2009 to celebrate their father's 80th birthday. The entire clan was there, and—from an emotional tribute to her father that Clare would write on her blog—it looked as though a sort of peace had come between Bronfman and his daughters. Some believe that by this time Bronfman had given up battling his daughters' involvement with nxivm for fear of creating another rift. And Sara and Clare had just pulled off what appeared to be a huge success. They had worked hard for more than a year to organize the Dalai Lama's visit to Albany. And, on May 6, several weeks before Bronfman's birthday party, when the Dalai Lama spoke at Albany's Palace Theatre, Sara and Clare were seated on the stage with him.

For the Bronfmans, this was a big moment, but the event would trigger the first swell of public anger at the sisters. When the visit was announced, there had been an outcry in the Albany press that the Dalai Lama would associate himself with the "cult-like" nxivm. Both Skidmore College and Raniere's alma mater, Rensselaer Polytechnic, declined to host the event. E-mails of complaint were sent to the Dalai Lama. For the first time, the Bronfmans' ties to nxivm were major headline material. In early April, the Dalai Lama canceled his visit. What happened next is something of a mystery. People believe that Sara and Clare flew to Dharamsala, India, to plead with him. And, if so, it's possible they were just extremely persuasive—because His Holiness changed his mind. But the Dalai Lama Trust, registered in New York State just two days before the Dalai Lama's appearance in Albany, raised eyebrows. Calls to the trust were not returned. The Bronfman money, it was said, might still be able to buy a lot of things, but not respect.

## Trust for Life

The "extortion" letter that Clare would claim she received two weeks before the Dalai Lama's visit was, in fact, according to a copy in the court record, not addressed to her—but to Keith Raniere and Nancy Salzman. Signed by nine senior members of nxivm, announcing their resignation from the group, the letter included an itemized bill and a demand that nxivm pay them $2.1 million they believed it owed them. It was the first mass defection from nxivm, and in the letter they

cited their "concerns about the inconsistencies ... in how the company operated" as well as "evidence of secrecy, nondisclosure and lack of transparency." Clare and Sara's financial manager, Barbara Bouchey, was among those who resigned. The sisters would fire her within a week.

In the next 18 months, with the help of an army of high-priced attorneys, nxivm and the Bronfmans would flood the courts with motions and subpoenas in virtually every major nxivm-related lawsuit: the seven-year crusade against the cult deprogrammer Rick Ross; the five-year legal battle against its former consultant Joe O'Hara for an array of alleged misdeeds, including fraud; the litigation against Yuri and Natasha Plyam; and the Bronfmans' suit against Barbara Bouchey—first filed in February—alleging that she conspired not only with her psychic but also with the Plyams' attorney and numerous unnamed people to harm the Bronfmans by releasing their private financial information.

At the center of this multi-million-dollar, multi-front legal war are 17 banker's boxes filled with that information—e-mails, ledgers, and other documents that chronicle the Bronfmans' financial dealings. They are copies of the records kept by Barbara Bouchey. The originals were given to the Bronfmans' lawyers soon after she was fired. But Bouchey first had them copied on the advice of a lawyer—racing to the copy store with friends in a van and an S.U.V. filled with documents as Sara Bronfman and her attorney headed to Bouchey's office to get the boxes. Bouchey had them copied, according to her court statements, not only because she was required by financial regulations to keep duplicates but also because she believed that the Bronfmans were planning to "set me up," and having access to the documents would be the only way she would be able to defend herself.

Bouchey will not say exactly what is in those boxes that the Bronfmans have fought so hard to retrieve, but it is clear that she believes the setup has already begun. Sitting in the living room of her $1 million house—for sale now, because the legal battle with the Bronfmans has forced her into bankruptcy—she silently hands me a sheet of paper. It is one of several court documents in which Sara and Clare suggest that Bouchey was responsible for their financial losses. It alleges that she "controlled $100 million in assets"—in other words, a good part of what they spent on nxivm's projects. It also alleges that Bouchey put them into the $26 million real-estate deal with the Plyams and "helped manage it." Sara and Clare Bronfman appear to be claiming that they are not responsible for what many would consider to be the squandering of their fortune. They were victims—of an unscrupulous financial manager, among the many other people who took advantage of them.

**Fenzel Declaration, Exhibit 3
Page 151**

1/20/22, 10:38 AM    Case 2:21-cv-08206-SSS-DFM    Document 26-4    Filed 02/09/22    Page 23 of 47    Page ID
The Heiresses and the Cult of NXIVM | Vanity Fair
#:400

**B**ut there are those who believe that the contents of the 17 boxes could prove something very different. In a court filing, Bouchey's bankruptcy lawyer has said that the boxes "apparently" contain "information that show the Bronfmans engaged in a conspiracy to forge documents," although he has not been more specific. Former nxivm insiders hope that the boxes will answer a welter of questions about the finances and tax-related issues regarding the vast array of trusts and corporations set up in the names of various group members. In recent letters to the New York State attorney general, Joe O'Hara, nxivm's former consultant, alleged that nxivm has been involved in a "variety of illegal activities," including "tax evasion," "money laundering," and "immigration violations," although he did not provide any supporting evidence. He also alleged that two Bronfman foundations misused tax-exempt funds, spending them on non-charitable purposes, including "the purchase of an expensive piano for Mr. Raniere/Vanguard." Citing checks made out to a woman who cleaned and ran errands for nxivm members, he also alleged that the Bronfmans' foundations had used funds to pay for the care of Gaelen, the three-year-old boy who has been living in the Halfmoon "compound." His identity is a mystery. The oft-repeated story is that he was "given" as a weeks-old infant to Barbara Jeske, one of Raniere's longtime followers, by his grandfather, after the baby's mother died—either in childbirth or in a car accident. He may have been born in Michigan—where sources say Jeske went to get Gaelen—but even that cannot be corroborated. Today Gaelen lives with Kristin Keeffe, the Bronfmans' and nxivm's "legal adviser." Raised as Raniere's "heir" and according to Raniere's child-rearing theories, he is reportedly fed a raw diet, kept away from other children, and tended to by five nannies who each speak to him in a different language—including Russian, Spanish, Hindi, and Chinese. Former nxivm insiders have been so concerned about the child they have phoned child protective services, but to no avail. Bouchey, however, has said that she believes Gaelen is well-cared for, dismissing concerns about his welfare. "I observed Gaelen being happy and outgoing," she told the Albany *Times Union*. As to the boxes, she has said in a court filing that they could contain evidence of "questionable, and, in some cases, potentially illegal," activities. But so far, forbidden by the court from speaking about the Bronfmans' financial dealings, she has offered no supporting evidence.

hatever is in those boxes remains to be seen, and the battle could rage for a long time—given that it is being financed with the Bronfmans' fortune, which is not likely to run out anytime soon. There have been some rough patches. By the beginning of 2009, apparently under

**Fenzel Declaration, Exhibit 3
Page 152**

1/20/22, 10:3 AM  Case 2:21-cv-08206-SSS-DFM    Document 26-4  Filed 02/09/22  Page 24 of 47   Page ID
#:401
The Heiresses and the Cult | Vanity Fair

W pressure from their enormous legal bills—estimated by insiders at more than $1 million a month—the sisters had sold their private jet. But later that year, having already replaced the trustees on their father's master trust once, they again named a new trustee, believed to be their attorney Robert Crockett, who spearheaded their lawsuits against the Plyams and Barbara Bouchey. These days, some speculate that Sara is tiring of nxivm, noting that she has spent time traveling again, including to the World Cup in South Africa. Clare, however, seems more committed than ever. She not only has joined nxivm's executive board but also has become, people say, one of Raniere's top acolytes. The mystery for many today is what the Bronfman sisters were thinking. "Did they know how much of their money was going down the toilet? Did they buy the story it was their dad's fault?" asks one former nxivm student. But whether or not they fully understood, or cared, what their money was being used for doesn't really matter, people say, because it does not in the end absolve them of responsibility for the waste of so much money. No one doubts that Sara and Clare genuinely set out to do good when they joined nxivm. But one can only imagine the great good they could have done with $100 million if they hadn't appeared to need Keith Raniere and nxivm to make them feel important.

## Royal Watch

Get the latest chatter, from Kensington Palace and beyond, straight to your inbox.

**ENTER YOUR E-MAIL ADDRESS**

Your e-mail address

SIGN UP

By signing up you agree to our User Agreement and Privacy Policy & Cookie Statement.

Get 1 year for ~~$29.99~~ $15. Plus, receive a free tote.

**Subscribe ▸**

Fenzel Declaration, Exhibit 3
Page 154

18/18

Oct 13, 2003, 12:00am EDT

# Cult of Personality

F

Follow

---

🕐 **This article is more than 10 years old.**

Keith Raniere's devoted followers say he is one of the smartest and most ethical people alive. They describe him as a soft-spoken, humble genius who can diagnose societal ills with remarkable clarity. They say his teachings as an inspirational executive coach can empower some of the most successful people in the world to attain ever higher levels of status and money. Why, his program can even cure ailments like diabetes and scoliosis.

Some 3,700 people have flocked to Raniere, 43, and Executive Success Programs, the business he created in 1998. Prompted by a potent word-of-mouth network, they include Sheila Johnson, cofounder of Black Entertainment Television; Antonia C. Novello, a former U.S. surgeon general; Stephen Cooper, acting chief executive of Enron; the Seagram fortune's Edgar Bronfman Sr. and two of his daughters; and Ana Cristina Fox, daughter of the Mexican president. Raniere's disciples say his methods sharpen their focus and give them keener insight into the motivations of others. "It's like a practical M.B.A.," says one follower, Emiliano Salinas, son of a former president of Mexico.

Raniere, who has no M.B.A., has shrewdly cashed in on the high-profit fad of executive coaching, a booming multibillion-dollar market. It includes established firms and renowned individuals who promise--for a fee--to help people become better executives, improve productivity and navigate office politics. Well-known trainers like Marshall Goldsmith, professor Vijay

Fenzel Declaration, Exhibit 3
Page 155

Cookie Preferences

Govindarajan of Dartmouth and Richard Leider charge from $25,000 a day to $100,000 for a half dozen sessions spread over 18 months. They teach executives how to change their "negative behaviors," to find what drives them and to divine the right goals (see box below).

]]>

**Win Friends** *and* **Influence People**

In selling himself as an executive coach, Keith Raniere has tapped into a mother lode of demand. Here are some of the most respected players in this multibillion-dollar industry.

### DAVID ALLEN

Helps execs manage time, minimize stress.

**Clients:** Merck, General Mills.

**Fee:** $10,000 for two in-person meetings and two follow-up calls.

### MARSHALL GOLDSMITH

Helps leaders achieve a "positive change in behavior, for themselves, their people and their teams."

**Clients:** 3M, UBS, Philips.

**Fee:** More than $100,000 for an 18-month assignment, or $17,000 a day.

### VIJAY GOVINDARAJAN

Dartmouth professor helps executives "prepare for tomorrow's business realities."

**Clients:** Standard & Poor's, Pitney Bowes.

**Fee:** $20,000 to $35,000 a day.

### RICHARD LEIDER

"We help people put purpose to work in their personal and professional lives." Book: Whistle While You Work.

**Clients:** Helps executives at places like American Express as they move into new positions.

Cookie Preferences

Fenzel Declaration, Exhibit 3
Page 156

**Fee:** $75,000 to $100,000 for 6 to 12 months.

### GARY RANKER

Helps executives understand "corporate culture" and navigate office politics.

**Clients:** New York City accounting and >Wall Street firms.

**Fee:** $100,000+ for a 6-month to 1-year program.

-M.F.

But some people see a darker and more manipulative side to Keith Raniere. Detractors say he runs a cult-like program aimed at breaking down his subjects psychologically, separating them from their families and inducting them into a bizarre world of messianic pretensions, idiosyncratic language and ritualistic practices. "I think it's a cult," says Bronfman. Though he once took a course and endorsed the program, he hasn't talked to his daughters in months and has grown troubled over the long hours and emotional and financial investment they have been devoting to Raniere's group. One daughter, Clare, 24, has lent the program $2 million, at 2.5% interest, the senior Bronfman says (she denies this).

Raniere says there's nothing in his operation that makes it a cult, and indeed, many enrollees see Executive Success as a good coaching program and nothing more. Enron's Stephen Cooper puts himself in this category. Yet Raniere is an unlikely mentor to the wealthy and well-connected. A decade ago he ran an alleged pyramid scheme that collapsed after signing up at least 250,000 customers and bringing in more than $33 million in a year. In January a federal judge ruled in favor of an ex-girlfriend who was in a bitter legal fight with Raniere, citing "a jilted fellow's attempt at revenge" and finding that Raniere had harassed her, disrupted her business and manipulated her into giving up her 10-year-old son to the boy's father. The woman, Toni F. Natalie, tells Forbes that she believes Raniere brainwashed her, telling her she was put on Earth to carry his baby--the baby who would

Cookie Preferences

alter the course of history. Raniere calls this claim "ridiculous and not rational."

These days Raniere prefers to be called "Vanguard" by his followers. (His business partner, Nancy Salzman, 49, a former nurse and therapist and the public face of Executive Success, calls herself "Prefect.") Raniere's long, brown hair and beard make him look a little like Jesus, and his thoughtful demeanor could let him pass for a philosophy professor--or maybe a slacker poet. He has no driver's license, relying on friends for rides and walking up to 12 miles a day. He says he has no bank account and that he forgoes any salary from the $4 million-a-year coaching program he created: "I consider everything payment for what I've done." Though he co-owns a small house near Albany, N.Y. with a female friend, he spends most nights at one or another of three friends' homes. He claims not to own a bed. "I live," he says with a disarmingly warm smile, "a somewhat church-mouse-type existence."

His teachings are mysterious, filled with self-serving and impenetrable jargon about ethics and values, and defined by a blind-ambition ethos akin to that of the driven characters in an Ayn Rand novel. His shtick: Make your own self-interest paramount, don't be motivated by what other people want and avoid "parasites" (his label for people who need help); only by doing this can you be true to yourself and truly "ethical." The flip side, of course, is that this worldview discredits virtues like charity, teamwork and compassion-- but maybe we just don't get it.

Executive Success resembles motivational groups such as the Landmark Forum, the Sterling Institute of Relationship and Lifespring. It also is reminiscent of the "human potential" training of the 1970s, with a few Scientology-like elements and parallels to EST, the much-criticized groupthink program founded by Werner Erhard. Unlike EST, which famously discouraged students from using the bathroom during sessions, Executive Success offers plenty of breaks. Students pay up to $10,000 for five days of lectures and intense emotional probing in daily 13-hour cram

Cookie Preferences

**Fenzel Declaration, Exhibit 3
Page 158**

4/10

sessions. They remove their shoes for class, learn obscure handshakes and wear patented colored sashes in dozens of different variations that signify rank in the organization. When a higher-ranking student enters the room they must stand to show respect. They are taught to bow to one another and to "Vanguard." When he makes a rare appearance, Elvis-like, students rush up to him. Some ex-clients say they have seen him greet each woman with a kiss on the mouth, although Raniere denies this.

Once a day the attendees recite a 12-point mission statement written by Raniere. (Sample: "There are no ultimate victims; therefore, I will not choose to be a victim.") It is apocalyptic in tone, with the occasional grammatical error--his genius notwithstanding. The world is full of people who try to "destroy each other, steal from each other, down each other or rejoice at another's demise." Thus, he writes, "it is essential for the survival of humankind" that the world's wealth and resources be controlled by "successful, ethical people"--i.e., those trained at Executive Success.

It is quite a sales job, one that comes naturally to this corporate Svengali. Born in Brooklyn and bred in the suburbs, Raniere has a flair for promotion, like his adman father. An old bio labels Keith "one of the top three problem solvers in the world." His current Web site quotes Albert Schweitzer, Margaret Mead--and himself. "Humans can be noble. The question is: Will we put forth what is necessary?" he writes, concluding that his program "represents the change humanity needs in order to alter the course of history."

Raniere claims he spoke in full sentences when he was a 1-year-old, taught himself high school math in 19 hours when he was 12 and, by 13, had learned three years of college math and several computer languages. As a boy he read an Isaac Asimov sci-fi novel about a brilliant scientist who knew his galaxy was in irremediable decline and had reduced all human behavior to elegant mathematical equations. It inspired Raniere later to try to do the same. After graduating from Rensselaer Polytechnic Institute in Troy, N.Y.

Cookie Preferences

**Fenzel Declaration, Exhibit 3
Page 159**

in 1982, with majors in physics, math and biology, he went to work in computer programming and consulting.

On the job he began to nurture his notion of unalloyed self-interest as the path to ethical behavior. He felt employees too often took jobs they didn't like and made decisions they didn't believe in. A more ethical world, he reasoned, would consist of people who understood their goals and pursued them. Raniere says he found inspiration in Rand's books. The protagonists in *Atlas Shrugged* and *The Fountainhead* are über-individualists, aggressive and ruthless.

In 1990 Raniere decided to apply his theory to his new business, Consumers' Buyline, a multilevel marketing program near Albany that promised lucrative commissions to old customers for recruiting new ones. He barnstormed the nation promoting discounts on groceries, dishwashers and even hotel stays, stoking crowds of a thousand pumped-up and profit-hungry people. "He was like a mythological figure--the guy with the 240 IQ was coming to town," says Robert Bremner, a former distributor for the outfit.

Raniere says by the end of 1993 he had sold $1 billion in goods and services, employed 80 people and had a quarter-million believers paying him $19 a month to hawk his goods. He claims he was worth $50 million. Yet he appeared to carry no money, says Bremner, adding that Raniere seemed to sleep all day, rolled into his office around 10 p.m. and sometimes held meetings at 1 a.m. Business flagged, debt ballooned and customers complained. Regulators in 20 states began to investigate. In 1993 the New York attorney general filed a civil suit alleging Consumers' Buyline was a pyramid scheme. Without admitting wrongdoing, Raniere settled for $40,000, of which he has paid only $9,000. He says he can't pay the rest, though he also says his ample finances let him live on savings.

A year later Raniere created another multilevel outfit, National Health Network, which sold vitamins. He and his then-girlfriend, Toni Natalie, set

Cookie Preferences

**Fenzel Declaration, Exhibit 3**    6/10
**Page 160**

up a health food shop in Clifton Park, N.Y. One day in 1997 Raniere met the woman who would become his business partner, Nancy Salzman. She is a nurse and therapist who has studied hypnosis and neurolinguistic programming, by which therapists examine and mimic a person's language and speech patterns to alter behavior. (Raniere has studied this, too.)

Salzman had just gone through a tough time. She found Raniere to be riveting. He became her spiritual guide, and she became his most ardent follower. "There is probably no discovery since writing as important for humankind as Mr. Raniere's technology," she once wrote in a brochure. She ended up treating Raniere's girlfriend, Toni Natalie, with therapy and lending her $50,000 for the health food business. When it flopped in 1999, a bitter battle ensued in U.S. bankruptcy court in Albany. Raniere sided with Salzman. Natalie moved away. Court records show Raniere sent Natalie verses from *Paradise Lost*, annotated ("Commits to evil for protection-- stupid/weak."). He drew a diagram that plotted her life and said she was in danger of careening down a "pride barrier" to a "dream death line."

Raniere and Salzman don't directly deny the assertions, but they say Natalie may have altered court documents--a charge Natalie says is outrageous. In January a U.S. judge said he found it "disturbing" to hear testimony that Raniere had had police sent to Natalie's mother's house and had made repeated threats to her and her family. Raniere has appealed several times, driving Natalie to the brink of a breakdown. "I can't think. I can't work. I can't pay my bills," she says.

In 1998 Salzman incorporated in Delaware the company that launched Executive Success Programs and applied for patents on Raniere's behavior-modification "technology." She and "Vanguard" agreed that he would get a share of the profits at some point. The company is now also known as Nxivm. Classes now are offered in Albany, Manhattan, Seattle, Boston and several cities in Mexico, with plans to expand. In August, in a squat, brown office complex near the Albany airport, 50 entrepreneurs and bankers sat on

**Fenzel Declaration, Exhibit 3 Page 161**

7/10

overstuffed couches, earnestly discussing words like "value" and "ethics."
Days begin at 8 a.m. with the "ESP handclap," akin to using a gavel to open
a court hearing. Students then go through sessions on "Money," "Face of the
Universe," "Control, Freedom & Surrender" and more. They learn baffling
and solipsistic jargon: "Parasites" are people who suffer, creating problems
where none exist and craving attention. "Suppressives" see good but want to
destroy it. Thus, a person who criticizes Executive Success is showing
suppressive behavior.

In "Money," students are taught that every dollar spent represents a portion
of effort, and that "Vanguard identified the concept of giving and taking with
integrity." Coaches urge students to take each session several times at a cost
of several thousand dollars--and to think of each dollar spent as a
worthwhile representation of that effort. In a core piece of the program,
known as "exploration of meaning," teachers plumb students' beliefs and
backgrounds, looking for emotional buttons. People are encouraged to
reveal a negative habit, describe how it benefits survival and pledge to
replace it with a new one.

Confidentiality is sacrosanct. Students must sign a nondisclosure agreement
and vow never to talk about what they learn. If they violate it, they are
"compromising inner honesty and integrity." In August Raniere sued a
woman for, the suit claimed, divulging information. When a Forbes reporter
asked to audit a session, the group's lawyer presented a three-page
confidentiality agreement forbidding the magazine to write about virtually
anything seen or heard at the event. The reporter declined (and later was
allowed to make a brief visit to the Albany site).

It is all too intense for some. After sleepless nights and 17-hour days of
workshops, a 28-year-old woman from a prominent Mexican family says she
began to have hallucinations and had a mental breakdown at her hotel near
Albany. She went to a hospital and required psychiatric treatment. Her

Cookie Preferences

**Fenzel Declaration, Exhibit 3
Page 162**

8/10

Cult of Personality

psychiatrist, Carlos Rueda, says in the last three years he has treated two others who have taken the class; one had a psychotic episode.

Stephanie Franco, a New Jersey social worker, spent $2,160 plus expenses for a five-day class in Albany at the suggestion of her half-brother, an executive at a family apparel company (Lollytogs and other brands). Other relatives joined, but Franco became concerned about the group's rituals and its emphasis on recruitment. The family hired Rick A. Ross, a Jersey City, N.J. specialist in cults, to intervene, to no avail. He put information about the organization on his Web site--and promptly got sued by Raniere and Salzman, who accuse him of copyright violations. In September an Albany federal judge denied the organization's initial request that Ross remove the information.

The family also hired John Hochman, a forensic psychiatrist who teaches at UCLA, who pored over the Executive Success manual and describes it thusly: "It is a kingdom of sorts, ruled by a Vanguard, who writes his own dictionary of the English language, has his own moral code and the ability to generate taxes on subjects by having them participate in his seminars. It is a kingdom with no physical borders, but with psychological borders--influencing how his subjects spend their time, socialize, and think." In the lawsuit Raniere and Salzman made similar claims regarding alleged copyright violations against Hochman, as well as against Stephanie Franco.

Raniere and Salzman say they are careful to avoid accepting troubled students. In their world, those who question Raniere's views simply don't get it. He speaks slowly and methodically, with digression upon digression, using words he has defined for himself and then pausing to explain each term. You might think it pure genius. Or maybe horse manure.

Still, many disciples swear by Vanguard. Several students have achieved a high enough rank to qualify for a 20% commission on their new recruits. But most students are in it for the coaching. Sara Bronfman, Edgar Sr.'s 26-year-old daughter, says she started taking classes at the end of 2002 after her

**Fenzel Declaration, Exhibit 3
Page 163**

9/10

marriage fell apart. She was living in Belgium and heard about the class
from a family friend. She marveled at how much Raniere was able to teach
her. Sara has since been promoted to the rank of coach; she now works full
time for Executive Success.

Sara and other devotees are talking about erecting centers in Australia and
elsewhere. Raniere has lined up private investors to pay for a $15 million,
75,000-square-foot building near Albany. As originally designed, the
building was to emerge from a stone foundation under a six-sided, glass
roof. It is meant to be a tribute to civilization--another step in the mission to
spread Vanguard's gospel around the world. "I don't know how much you
know about my family," Sara Bronfman says, admiring the silky cloth
around her chest, "but, coming from a family where I've never had to earn
anything before in my life, [it] was a very, very moving experience for me to
be awarded this yellow sash. It was the first thing that I had earned on just
my merits."

Follow

Reprints & Permissions

Cookie Preferences

**Fenzel Declaration, Exhibit 3
Page 164**

Skip to main content

# NXIVM

MORE INFORMATION



NEWS

Judge allows NXIVM president Nancy Salzman to postpone prison term

Fenzel Declaration, Exhibit 3
Page 165

1/12

A federal judge will allow longtime NXIVM president Nancy Salzman to delay the start of her three-and-a-half year prison sentence for another month.

**BY ROBERT GAVIN**

---

**NEWS**
Ex-Raniere jailmate accused of pulling NXIVM documentary scam



---

**NEWS**
Upstate congresswoman quotes top Raniere loyalist to make point about...



---

**NEWS**
Former Epstein lawyer drops out of appeal for NXIVM leader Raniere



---

**NEWS**
NXIVM loyalist files $12 million suit against Starz network



---

**NEWS**
Feds: Raniere loyalist had off-limits evidence, naked images of victim



---

**NXIVM**
Unsealed letters show Keith Raniere's cruelty to top NXIVM ally



---

**EXPOSING NXIVM**

Exposing NXIVM: How the Times Union covered on...

Fenzel Declaration, Exhibit 3
Page 166

ADVERTISEMENT

**EXPOSING NXIVM**

Listen to "NXIVM on Trial"

Unraveling NXIVM: A timeline of Times Union coverage

Unraveling NXIVM: A timeline of Times Union coverage

**Fenzel Declaration, Exhibit 3
Page 167**

A discussion from the Times Union on major developments in the saga of Keith Raniere and NXIVM,...

## How the Times Union covered NXIVM

NXIVM leader Keith Raniere will be sentenced. Here's why the trial never took place in Albany,...

## NXIVM's Keith Raniere sentenced to 120 years

In his own statement to the court, the NXIVM leader professed his innocence, claimed the victims...

**NEWS**

## In final NXIVM federal sentencing, judge spares bookkeeper from jail

A federal judge in Brooklyn sentenced longtime NXIVM bookkeeper Kathy Russell for visa fraud Wednesday, marking the final sentencing in the more than three-year case against cult leader Keith Raniere and five disciples of his notorious Capital...

By Robert Gavin

**NEWS**

## Lawyer: NXIVM bookkeeper needed Raniere's OK to dance, own cat

Longtime NXIVM bookkeeper Kathy Russell abandoned her child in Alaska to be an "indentured servant" in the Capital Region subjected to Keith Raniere's cruel demands on her weight, love life and whether she could own a cat, her lawyer told the...

By Robert Gavin

**NXIVM**

## NXIVM's Nancy Salzman sentenced to 3 1/2 years in prison

Nancy Salzman's sentencing marks the end of the criminal case against the former NXIVM president who praised Keith Raniere's teachings and targeted his perceived enemies.

By Robert Gavin

**NXIVM**

## NXIVM co-founder Nancy Salzman's defense team requests no prison

Fenzel Declaration, Exhibit 3
Page 168

With her fate looming Wednesday in a Brooklyn courtroom, lawyers for Nancy Salzman say the NXIVM co-founder deserves no time in prison for the federal crimes she committed as Keith Raniere's fiercely loyal underboss. Victims who will give...

By Robert Gavin

**NXIVM**

## Feds want prison time for NXIVM co-founder Nancy Salzman

A prosecution memo filed late Wednesday in Brooklyn federal court detailed Nancy Salzman's unyielding devotion to Keith Raniere's teachings, including Salzman's untroubled parroting of Raniere's claims that some children are "perfectly happy"...

By Robert Gavin

**NXIVM**

## Woman abused at 15 by Raniere joins lawsuit, alleges forcible rapes

A former Halfmoon woman who was sexually victimized at 15 by NXIVM leader Keith Raniere has joined a federal lawsuit filed against the imprisoned "Vanguard" and former high-ranking members of his cult-like organization.

By Robert Gavin

**NEWS**

## Attorneys for ex-NXIVM member claim media 'caused harm'

Former high-ranking NXIVM member Lauren Salzman clearly has left Keith Raniere's cult behind. Her attorneys, on the other hand, all but channeled their inner "Vanguard" in a recent pre-sentencing recommendation to Senior U.S. District Judge...

By Robert Gavin

**NXIVM**

## No prison time for Lauren Salzman as judge rips Albany authorities for no local NXIVM probe

A federal judge spared high-ranking NXIVM defector Lauren Salzman any prison time while sharply questioning why authorities in the Capital Region failed to bring a criminal case against Keith Raniere and his cult-like organization despite abundant...

By Robert Gavin

**Fenzel Declaration, Exhibit 3
Page 169**   5/12

## LISTEN TO "NXIVM ON TRIAL"

A Times Union podcast following developments in the federal prosecution of NXIVM leader Keith Raniere. Download episodes on Spotify,
Apple, Pocket Casts, and Libsyn, or play below.

### NXIVM PODCAST



| | |
|---|---|
| NXIVM ON TRIAL | |
| **Nancy Salzman: From Prefect to Prison** | |
| Nancy Salzman: From Prefect to Prison | |
| 00:17:48 | 09/10/2021 |
| From DOS to dogs | |
| 00:22:04 | 08/06/2021 |
| The Enabler | |
| 00:30:18 | 07/02/2021 |
| Allison Mack Awaits Her Fate | |
| 00:27:11 | 06/28/2021 |
| 'Don't Call It a Cult' | |
| 00:27:12 | 05/11/2021 |
| 'Desperation Is a Stinky Cologne' | |
| 00:55:08 | 02/26/2021 |

**NXIVM**

## Ex-NXIVM president Salzman: I didn't protect daughter from 'likely' psychopath Raniere

 In a letter to a federal judge seeking leniency for her daughter, former NXIVM president Nancy Salzman described Keith
Raniere as a "sexual predator," "narcissist" and "likely a psychopath" whom she failed to shield from her vulnerable
child....

By Robert Gavin

**NXIVM**

## Raniere assets could be seized to satisfy restitution to victims of NXIVM

The good news for 21 victims of NXIVM leader Keith Raniere is that under a judge's order they are set to receive shares of
nearly $3.5 million from the disgraced personal growth guru from Halfmoon. Now here's the question: how to get money
from...

By Robert Gavin

**NXIVM**

**Fenzel Declaration, Exhibit 3
Page 170**

## Judge orders $3.5M for Keith Raniere victims, rips lawyer

A federal judge in Brooklyn on Tuesday ordered Keith Raniere to pay nearly $3.5 million to 21 victims – then clashed in court with the NXIVM leader's new attorney, tossing a box of tissues in his direction.

By Robert Gavin

**NXIVM**

## Feds seek leniency for star NXIVM trial witness Lauren Salzman

Federal prosecutors in Brooklyn are requesting a lenient sentence for ex-NXIVM official Lauren Salzman, citing her "extraordinary assistance" against now-imprisoned cult leader Keith Raniere.

By Robert Gavin

**NXIVM**

## Seagrams heiress keeps paying as NXIVM's Raniere adds lawyers

Even from federal prison, Clare Bronfman is still footing the legal bill for NXIVM leader Keith Raniere. A new filing in U.S. District Court in Brooklyn revealed that the deep-pocketed Seagrams' liquor fortune heiress and longtime NXIVM...

By Robert Gavin

**NXIVM**

## NXIVM's Salzman can't attend first grandchild's birth, judge says

A federal judge in Brooklyn has scheduled the sentencing of former NXIVM president Nancy Salzman for Aug. 2, while rejecting her requested bail modification to be with her daughter for the birth of her first grandchild.

By Robert Gavin

**NXIVM**

## NXIVM's Salzman asks for bail modification to become a grandma

An attorney for Salzman has asked Senior U.S. District Judge Nicholas Garaufis if the ex-NXIVM president could be allowed a bail modification to be with her daughter, Michelle, for the birth of younger daughter's first child.

By Robert Gavin

**NEWS**

## Law Beat: Keith Raniere adds former Epstein lawyer to his legal team

Keith Raniere has more common with the late Jeffrey Epstein than sexual predation of teenage girls. The jailed NXIVM leader and convicted sex trafficker just added one of Epstein's former attorneys to help his appeal – an addition to a legal team...

By Robert Gavin

---

**MOST POPULAR:**

Young man's COVID death marks 7th straight day of virus fatality in Albany County

Fenzel Declaration, Exhibit 3
Page 171

**1.**

**2.** Saratoga County's mobile home parks - a sign of an affordable housing crisis

**3.** Cuomo attorney assails credibility of women who leveled most serious allegations

**4.** Churchill: We need answers on FBI culpability for Schoharie limo crash

**5.** Saratoga-North Creek Railroad tracks are going to auction

ADVERTISEMENT

**SECRETS OF NXIVM**

Secrets of NXIVM

In a Saratoga County townhouse complex, a man who wears a Jesus beard and seeks to patent his...

'NXIVM is a litigation machine'

They joined NXIVM hoping to secure an improved life. But when they left the organization, they...

**Fenzel Declaration, Exhibit 3**
**Page 172**

'Ample evidence' to justify investigation

[...] some of those familiar with Raniere have said his business model for peddling memberships...

In Raniere's shadows

Women who have had sex with Keith Raniere say it was billed as a spiritual experience, a transfer...

---

**NXIVM**

## Listen: Allison Mack sentenced in to 3 years for NXIVM crimes

On this episode of the "NXIVM on Trial" podcast, reporter Rob Gavin and producer Jessica Marshall discuss Allison Mack's sentence for NXIVM crimes.

By Jessica Marshall, Robert Gavin

**NXIVM**

## Allison Mack gets 3 years in prison for supplying NXIVM sex 'slaves' to Raniere

Allison Mack found stardom on television playing Clark Kent's best friend and infamy in her real life role as a sex trafficker for NXIVM leader Keith Raniere. On Wednesday, Mack will learn whether her crimes traumatizing women in Raniere's secret...

By Robert Gavin

**NXIVM**

## NXIVM defector Allison Mack now calls Keith Raniere a 'twisted man'

Now, as Allison Mack awaits a federal sentencing in Brooklyn for her crimes, the ex-television actress and former Halfmoon resident is offering a harsh description of NXIVM leader Keith Raniere, calling him a "twisted man."

By Robert Gavin

**NXIVM**

## NXIVM defector Lauren Salzman to be sentenced in July

Lauren Salzman, a high-ranking NXIVM defector whose damning testimony helped convict reputed cult leader Keith Raniere on all charges in 2019, is scheduled to be sentenced in U.S. District Court Brooklyn on July 28.

By Robert Gavin

**NXIVM**

## Allison Mack to be sentenced on June 30 for crimes in NXIVM

Fenzel Declaration, Exhibit 3
Page 173

Former television actress and longtime NXIVM member Allison Mack will be sentenced in U.S. District Court in Brooklyn on June 30 for her crimes in Keith Raniere's cult-like organization.

By Robert Gavin

**NXIVM**

## Listen: 'Don't Call It a Cult' author talks about new NXIVM book

On this episode of "NXIVM on Trial," journalist Sarah Berman talks about her new book, "Don't Call It a Cult," which details the rise of NXIVM, Keith Raniere's ability to avoid legal consequences, and the federal probe that inevitably brought it...

By Jessica Marshall

**NXIVM**

## 3 years after Raniere's arrest, NXIVM divides into victims, loyalists, guilty

Three years after NXIVM leader Keith Raniere was scooped up by a troop of police officers in the Mexican fishing village of Chacala, the remnants of his cult-like empire lays in shambles. Some have told their stories in books and documentaries;...

By Robert Gavin

**NXIVM**

## 'Inadvertent' error exposed names of alleged NXIVM victims

A defense attorney for NXIVM leader Keith Raniere inadvertently made public a court file that identified the names of 117 alleged victims of the jailed personal growth guru, prompting federal prosecutors to call it an "egregious" violation.

By Robert Gavin

**NXIVM**

## NXIVM prosecutor temporarily leading U.S. attorney's office in Brooklyn

Mark Lesko, a former Town of Brookhaven supervisor on Long Island and the first assistant to the past two U.S. attorneys in New York's Eastern District, was sworn into the new role by Chief Judge Margo Brodie.

By Robert Gavin

**NXIVM**

## Lawyer for NXIVM leader Keith Raniere leaves case, firm

Albany defense attorney Danielle Smith, part of the defense team for NXIVM leader Keith Raniere, has left the case and departed the law firm of longtime area attorney Paul DerOhannesian. Smith, a University at Buffalo Law School graduate who has...

By Robert Gavin

**NXIVM**

## Marc Agnifilo, lawyer for NXIVM leader Keith Raniere, exits case

Marc Agnifilo is leaving behind the case of NXIVM leader Keith Raniere, the purported self-help guru known as "Vanguard" serving a 120-year federal prison sentence in Arizona. The defense attorney and another Raniere attorney,

**Fenzel Declaration, Exhibit 3**
**Page 174**

Teny Geragos,...

By Robert Gavin

**MOVIES + TV**

## Nick Jonas portrays NXIVM's Keith Raniere in SNL 'Murder Show' sketch

For the second week in a row, Capital Region figures were the target of parody on "Saturday Night Live," with both Gov. Andrew M. Cuomo and convicted sex trafficker and NXIVM leader Keith Raniere receiving the satirical treatment.

By Susan Mehalick, Kevin O'Toole

**NXIVM**

## Listen: NXIVM whistleblowers start new podcast, move on with their lives

On this episode of "NXIVM on Trial," Times Union Editor Casey Seiler and criminal justice reporter Robert Gavin check in with NXIVM whistleblowers Sarah Edmondson and Anthony "Nippy" Ames to talk about their new podcast, their thoughts on Keith...

By Jessica Marshall

**NEWS**

## Raniere, NXIVM doctor speak to 'Dateline,' defend branding

NXIVM leader Keith Raniere and the doctor who branded his initials on women in his "master/slave" club are defending their actions -- with the physician claiming the women "wanted it," according to an interview to air Friday night on Dateline NBC....

By Robert Gavin

**NEWS**

## NXIVM leader Keith Raniere recovering from coronavirus

NXIVM leader Keith Raniere is recovering from COVID-19 in his new Arizona prison. A new attorney working on the appeal for the purported personal growth guru and convicted sex trafficker known as "Vanguard" told the Times Union is client was...

By Robert Gavin

**NEWS**

## Listen: NXIVM's Keith Raniere is 'gone to Tucson'

On this episode of NXIVM on Trial, Times Union Editor Casey Seiler and reporter Robert Gavin discuss the latest developments in the NXIVM saga, including Raniere's new residence, a reported letter sent to former President Donald Trump seeking a...

By Jessica Marshall

Fenzel Declaration, Exhibit 3
Page 175

ADVERTISEMENT

**TIMES UNION**

TOP

**ABOUT**

Our Company                              Terms of Use

General Standards and Practices          Privacy Notice

Newspaper Delivery Safety Procedures     Your California Privacy Rights

Advertising                              Jobs at the TU

Interest Based Acts

**CONTACT**

Contact Us                               Celebrations

Weather                                  Obituaries

School Closings                          Online Store

Events Calendar                          Puzzles Palace

**SERVICES**

Subscriber Services                      Corporate Subscriptions

Home Delivery                            Mobile App

Become a Carrier                         Copyright and Reprint

e-Edition                                Archives

HEARST *newspapers*

©2022 Hearst

**Fenzel Declaration, Exhibit 3
Page 176**