# EXHIBIT 4

# *Dynasty* Star Catherine Oxenberg's Fight to Save Daughter from Group That Allegedly Brands Women

"I'm helpless. I've lost my child and will do whatever I can to get her back," Catherine Oxenberg tells PEOPLE

By **Jeff Truesdell**

October 25, 2017 09:00 AM

*Dynasty* star Catherine Oxenberg is desperately fighting to save her 26-year-old daughter, India, from a controversial group she alleges has "brainwashed" her oldest daughter.

In 2011, Oxenberg saw an opportunity to bond with her then 20-year-old daughter after she learned from a friend about a self-improvement program called Nxivm (pronounced NEX-I-um) and they decided to attend a meeting together.

For nearly 20 years, an estimated 16,000 people have paid as much as $3,400 for an executive-coaching workshop offered by the Albany, N.Y.-based organization, whose leader, Keith Raniere, 57, is known as Vanguard to his followers. With locations in New York, San Francisco and Mexico, the group claims to take people on a journey of personal discovery and development.

Oxenberg, 56, initially found the program to be "weird and creepy," she says. But India — "the sweetest, most nonconfrontational, easiest child of all my children" — was intrigued. She threw herself into the organization over the next few years, attending more and more of its costly classes, recruiting friends and emptying her bank account of her inheritance, her mother says.

Oxenberg initially resisted interference and judgment. Then her fears were confirmed last April, in a conversation with a friend, Bonnie Piesse, 34, who'd recently left the group herself and detailed India's role in what Oxenberg calls a "secret sisterhood" within Nxivm.

**Fenzel Declaration, Exhibit 4
Page 178**

***Watch the full episode of*** People Features: Catherine Oxenberg – Trying to Save My Daughter**, *streaming now on PeopleTV. Go to* >PeopleTV.com*, or download the PeopleTV app on your favorite mobile or connected TV device.***

"You need to save your daughter," Piesse told her. "You need to save India."

*To learn more about Nxivm and Oxenberg's effort to reconnect with her daughter, pick up this week's issue of PEOPLE on newsstands Friday.*

Insiders who've left Nxivm paint an even darker picture.

"It was the most painful, traumatic moment of my life," says Sarah Edmondson, 40, who, after being recruited for Nxivm's secret sisterhood, says she was branded last March below her hip with what she later learned were Raniere's initials, shortly before quitting the group.

The group's leaders did not respond to PEOPLE's request for comment.

Nxivm responded to a recent *New York Times* article about the group with a statement that called the story "a criminal product of criminal minds." Yet allegations about the group have prompted the New York State Governor's Counsel to launch a review into the matter.

Prior to Nxivm, Raniere founded a discount-buying club that he later shut down after 23 states and two federal agencies launched investigations into allegations that it was a pyramid scheme. Raniere admitted to no wrongdoing but agreed to pay a monetary settlement.

Edmondson says she met women in the secret sisterhood in which Oxenberg says India is a member who told her they weren't allowed to eat more than 800 calories per day. Piesse, who last saw India in the days before she left Nxivm in January 2017, says, "India was in a bad situation. One time she told me that she wasn't going to eat for three days [out of ] penance to try and correct her behavior."

Not long after talking to Piesse in April, Oxenberg reached out to India, who moved from L.A. to Albany in 2016, and invited her home for her birthday. Before hanging up, Oxenberg says her daughter told her, " 'Mom, my hair has been falling out, and I haven't had a period in a year. Maybe I should see a doctor?' "

**Fenzel Declaration, Exhibit 4 Page 179**

Dynasty Star Catherine Oxenberg's Fight Against NXIVM | PEOPLE.com

When she arrived home later in May, an alarmed Oxenberg says she confronted her "superskinny" daughter, begging her to get help. She says India dismissed her concerns, returned to Albany then next day and then stopped communicating with her.

On Oct. 19, India posted a message on her Facebook page: "I'm absolutely fine, great actually. I would never put myself or the people I love into any danger."

Oxenberg, a mother of five, has now turned to the media: "I'm helpless. I've lost my child and will do whatever I can to get her back."

- **With reporting by JOHNNY DODD and LIZ MCNEIL**

**Fenzel Declaration, Exhibit 4
Page 180**

Search results for:  nxivm

Refine search:  **By Type**  |  **By Date**  |  **By Section**  |  **By Shows**

Results 1 - 10 of 160 for nxivm                    Sort By:   **Oldest**

December 15, 2017

**Woman claims she was branded with other women in a secret society's initiation ritual**

Sarah Edmondson says she willingly participated in the alleged secret ritual at a home near Albany, New York.



December 15, 2017

**VIDEO: Former NXIVM member says she was invited into secret sorority then branded**

VIDEO: Former NXIVM member says she was invited into secret sorority then branded



December 15, 2017

**PHOTO: A sign outside of the NXIVM company's offices in Albany, New York.**

A sign outside of the NXIVM company's offices in Albany, New York.



December 15, 2017

**Former NXIVM member says she was invited into a secret sorority, then branded**

Sarah Edmondson says she left NXIVM this year after more than a decade.



December 15, 2017

**Former NXIVM member describes being branded in secret sorority initiation: Part 1**

Sarah Edmondson said she thought she was getting a tattoo when she willingly participated in strange initiation ritual for a sorority that she says is associated with NXIVM.



December 15, 2017

**VIDEO: Former NXIVM member describes being branded in secret sorority initiation: Part 1**

VIDEO: Former NXIVM member describes being branded in secret sorority initiation: Part 1



| | **VIDEO** | **LIVE** | **SHOWS** | **CORONAVIRUS** | **JAN. 6 RIOT** | | |

December 15, 2017

**Who is Keith Raniere, the founder of NXIVM: Part 2**

Before he founded the secretive group NXIVM in Albany, New York, Raniere was hawking memberships in an ill-

**Fenzel Declaration, Exhibit 4
Page 181**

fated network marketing company.

December 15, 2017 · **VIDEO: Who is Keith Raniere, the founder of NXIVM: Part 2**

VIDEO: Who is Keith Raniere, the founder of NXIVM: Part 2



December 15, 2017 · **What former NXIVM members say is Raniere's attitude toward women: Part 3**

Sarah Edmondson claims Raniere had a harem of women. Barbara Bouchey said she and others confronted him about the running of the organization.



December 15, 2017 · **VIDEO: What former NXIVM members say is Raniere's attitude toward women: Part 3**

VIDEO: What former NXIVM members say is Raniere's attitude toward women: Part 3



Previous | **Next**

**ABC News Network** | **Privacy Policy** | **Your CA Privacy Rights** | **Children's Online Privacy Policy** | **Interest-Based Ads** | **About Nielsen Measurement** | **Terms of Use** | **Do Not Sell My Personal Information** | **Contact Us**

Copyright © 2022 ABC News Internet Ventures. All rights reserved.

ADVERTISEMENT

☰                     *Los Angeles Times*                    LOG IN    🔍

WORLD & NATION

# NXIVM leader Keith Raniere convicted in lurid sex cult case



A courtroom artist's sketch shows defendant Keith Raniere, center, sitting with attorneys Paul DerOhannesian, left, and Marc Agnifilo during closing arguments at Brooklyn federal court in New York on Tuesday. (Elizabeth Williams / Associated Press)

BY ASSOCIATED PRESS

JUNE 19, 2019 12:39 PM PT

**Fenzel Declaration, Exhibit 4**
**Page 183**

1/10



Reporting from New York — The former leader of a purported self-help group was convicted Wednesday of federal charges that centered on lurid details of what prosecutors called a secret society of "sex slaves" within a community of followers in upstate New York.

A jury in federal court in Brooklyn took less than five hours to find Keith Raniere guilty on all counts of sex-trafficking and other charges accusing him of coercing women into unwanted sex using systematic shame and humiliation.

Raniere listened attentively, but showed no visible reaction as he learned the verdict.

Prosecutors had told jurors that someone known as "Vanguard" and revered as "the smartest man in the world" among some followers was actually a creepy con man who barely got passing grades in college.

ADVERTISEMENT



The sorority, sometimes called "the Vow," was created "to satisfy the defendant's desire for sex, power and control," Assistant U.S. Atty. Moira Penza said in closing arguments.

**Fenzel Declaration, Exhibit 4**
**Page 184**

Among the more damning allegations against Raniere were that he had some women branded with his initials and that he started having sex with one of his followers starting at age 15. Prosecutors said he took a series of nude photos of the teen that were shown at trial, one by one, to the eight women and four men who comprised the jury.

Raniere kept the child pornography stashed in his private study as "a trophy" of "his sexual conquest," Penza said.

The defense argued Raniere was a genuine believer in unconventional means for self-improvement and that all his sexual encounters with female followers of his organization, called NXIVM, were consensual. His behavior could be seen as "repulsive and offensive, but we don't convict people in this country for being repulsive or offensive," attorney Marc Agnifilo said in his closings.



PAID CONTENT

## A newly-approved antibody option could offer a breath of relief...

By Amgen

Here's what you should know.

Raniere, 58, was arrested at a Mexican hideout in 2018 following an investigation of his Albany-area group, which once had an international following with a foothold in Hollywood but was called a cult by critics. His adherents included TV actress Allison Mack, best known for her role as a friend of a young Superman in the series "Smallville," and Seagram's liquor fortune heiress Clare Bronfman.

Raniere's organization began to crumble amid sensational reports about the Vow alleging its members were held down and branded in ceremonies at a "sorority house" for them that had a mock dungeon.

Mack and Bronfman, who were named as defendants with Raniere in a federal indictment, pleaded guilty before they could go to trial with him. They didn't testify, leaving a cooperating member of his inner circle and three victims from the secret sorority as the key witnesses.

The cooperator described how female "masters" forced "slaves" for Raniere to give up "collateral" — nude photos and other material that would ruin them if ever made public — to keep them in line.

One of the victims, whose name was withheld to protect her privacy, described being confined to a bedroom for more than 700 days on orders from Raniere as punishment for showing interest in another man. Another explained how Raniere lured her to a home when she was blindfolded, and then she was bound to a table so that another woman could perform a sex act on her; and the third recounted making up an excuse to leave the community so she could avoid completing an assignment from her "master" — Mack — to "seduce" Raniere.

Agnifilo, the defense attorney, sought to point jurors to evidence of text and other messages between Raniere and the woman that he said showed they had caring relationships that ended with "no hard feelings." And since the group never released any of the slaves' collateral, "Where's the extortion?" he asked.

But with the victims' stories of abuse at the hands of Raniere, Penza said: "A light has been shown into the darkness and the defendant's crimes have been exposed."

WORLD & NATION



**Must-read stories from the L.A. Times**

**Fenzel Declaration, Exhibit 4
Page 186**

Get the day's top news with our Today's Headlines newsletter, sent every weekday morning.

Enter email address

SIGN ME UP

You may occasionally receive promotional content from the Los Angeles Times.

Associated Press

The Associated Press is an independent, not-for-profit news cooperative headquartered in New York City.

▶

MORE FROM THE LOS ANGELES TIMES

WORLD & NATION

**Fenzel Declaration, Exhibit 4
Page 187**



**Mexican town protects forest from avocado growers, cartels**

2 hours ago

---

WORLD & NATION



**Florida GOP aims to curtail school lessons on sexual orientation and gender**

Jan. 31, 2022

---

WORLD & NATION

**Bomb threats made to historically Black schools across U.S.**

Jan. 31, 2022

---

WORLD & NATION

**Georgia D.A. asks FBI for security help after Trump calls for protests**

Jan. 31, 2022

---

**SUBSCRIBERS ARE READING** ›

CALIFORNIA

Scores of guns stolen from trains cause more problems in L.A.

RAMS

Plaschke: Rams finally claim ownership of their house, just in time to host Super Bowl

ENTERTAINMENT & ARTS

Spotify finally explains its COVID-19 misinfo policy, but hints Joe Rogan is safe

LIFESTYLE

Usher in the year of the tiger with these L.A.-area Lunar New Year finds

ENTERTAINMENT & ARTS

Jiaoying Summers' joke about China's one-child policy made everyone laugh — except TikTok censors

Case 2:21-cv-08206-SSS-DFM   Document 26-5   Filed 02/09/22   Page 14 of 51   Page ID
#:438

---

**LATEST WORLD & NATION**

SCIENCE

U.S. gives full approval to Moderna's COVID-19 vaccine

Jan. 31, 2022

WORLD & NATION

Canadian Prime Minister Justin Trudeau tests positive for coronavirus

Jan. 31, 2022

WORLD & NATION

'Man without shame' — opponents castigate British leader over partial 'partygate' findings

Jan. 31, 2022

WORLD & NATION

Judge rejects plea deal for man who killed Ahmaud Arbery

1 hour ago

WORLD & NATION

U.S. and Russia square off at United Nations over Ukraine

Jan. 31, 2022

---

**Fenzel Declaration, Exhibit 4
Page 190**



Subscribe for unlimited access

Follow Us

eNewspaper

Coupons

Find/Post Jobs

Place an Ad

Media Kit: Why the
L. A. Times?

Bestcovery

Copyright © 2022, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell My Personal Information

Case 2:21-cv-08206-SSS-DFM   Document 26-5   Filed 02/09/22   Page 16 of 51   Page ID
#:440

Every product was carefully curated by an Esquire editor. We may earn a commission from these links.

# How NXIVM Seduced Hollywood Stars and America's Most Powerful Elite Into a Barbaric 'Sex Cult'

The cult's co-founder Nancy Salzman was just sentenced to three and a half years in prison.

_By Lauren Kranc    Sep 8, 2021



Fenzel Declaration, Exhibit 4
Page 193

Case 2:21-cv-08206-SDS-RFM  Document 26-5  Filed 02/09/22  Page 18 of 51  Page ID #:442

**Update:** On September 30 2020, Clare Bronfman was <u>sentenced</u> to six years and nine months in prison. Nine former members of NXIVM testified against her, detailing her role in the organization's unabated, years-long legal pursuit of them. On October 27 2020, "Vanguard" Keith Raniere was <u>sentenced</u> to 120 years, after many hours of victim statements from fifteen former NXIVM members and victims of his abuse. On June 30 2021, Allison Mack <u>received</u> a sentence of three years in prison, three years of supervised release after serving her prison term, plus a fine of $20,000 dollars. On September 8 2021, NXIVM's co-founder Nancy Salzman was <u>sentenced</u> to three and a half years in prison.

---

In 2017, a <u>*New York Times* report</u> inspired a justice department investigation that took down an American multi-level marketing scheme turned 'sex cult' known as NXIVM. The organization had been operating for nearly two decades under the guise of offering self-help deprogramming to heiresses, Hollywood actors and powerful CEOs. But, after one survivor came forward to the *New York Times*, NXIVM had finally been exposed for what it was—a barbaric organization that abused its members emotionally and physically.

◤ related stories



The 75 Best Documentaries on Netflix To Stream Now



The Best Documentaries of 2020

ADVERTISEMENT – CONTINUE READING BELOW

This Sunday at 10 p.m., *The Vow* premieres on HBO. It's a 9-part true-crime deep dive on the origin and downfall of NXIVM, the cult founded by Keith Raniere, who served as the group's spiritual guru and leader. Raniere, who was known as "Vanguard"

**Fenzel Declaration, Exhibit 4**
**Page 194**

within the organization, founded NXIVM in Albany in 1998 along with Nancy Salzman, known as the organization's "Prefect."

HBO's documentary is guided by interview footage from many once high-ranking, inner-circle members of NXIVM. The first episode treads lightly into the world of the organization, giving an overview of the Executive Success Programs (ESPs) within NXIVM, which people first entered the organization through. The ESPs were marketed as a set of personal and professional development courses which taught strategies for participants to overcome their "limiting beliefs," fears, and anxieties, and hence realize their full potential in life. If that sounds jargon-fueled and cryptic to you, that's because it is.



But rewiring your brain to learn Raniere's "ethical framework of human experience" came at a steep price. The cost for the first course, a 5-day intensive, was $2700, and from 1998 through to 2018, over 16,000 people completed ESP courses at centers across the United States, Canada, and Mexico. The "scientific" technique taught in the Executive Success Programs, trademarked as "Rational Inquiry" by Raniere, was called a form of expensive mind-control "aimed at breaking down his subjects psychologically" by forensic psychiatrist John Hochman in his 2003 evaluation of the organization.

Raniere was hailed as an elusive, god-like savant within the company. *The Vow*'s ex-NXIVM interview subjects recount overcoming anxieties, phobias, and even witnessing peers have medical conditions such as obsessive-compulsive disorder and Tourettes cured by Raniere's method in Episode One. The Dalai Lama even visited Albany to commend Raniere's ethical work in May of 2009 (after an initial cancelation of the visit due to concerns surrounding the group).

**Fenzel Declaration, Exhibit 4
Page 195**



**Actress Allison Mack (R) departs the United States Eastern District Court after a bail hearing in relation to the sex trafficking charges filed against her on May 4, 2018 in the Brooklyn borough of New York City.**
JEMAL COUNTESS

ADVERTISEMENT - CONTINUE READING BELOW

The Executive Success Program had a 12-point mission statement that was read aloud before each session began. One such point purports that "There are no ultimate victims; therefore, I will not choose to be a victim." In light of Raniere's present day conviction, this deep psychological manipulation of ESP students from Day One of their enrollment feels glaring. But the indoctrination was subtle, too: students signed NDAs on the ESP session material before they began. In classes, they were acclimatized to ritualistic practices like removing their shoes, wearing different colored sashes to denote their ranking in the ESP

Fenzel Declaration, Exhibit 4
Page 196

4/10

multi-level universe, and standing when a higher ranking member entered the room. All greetings with "Vanguard" Keith Raniere included a kiss on the mouth. Incredibly draining, 17-hour days alienated participants from the outside world. And ESP was just the entry point into the world of NXIVM. High-ranking members of the organization would live together in commune-like housing, instructing classes and sessions (usually without pay, according to the HBO testimonials of former members) at the organization's spin-off spider-like web of cash-grabbing enterprises, such as a women's only program entitled Jness, a men's only program called Society of Protectors (SOP), and a fitness-focused program called Exo/Eso. Celebrities, CEOs, and affluent figures including *Smallville*'s Allison Mack and Seagram heiresses Sara and Clare Bronfman are among the notable former members of the cult.

In 2003, *Forbes* published a harsh profile of the Jesus-like figure that was Raniere, sowing the first seeds of the cult allegations and dark undercurrents coursing through the organization. Per *Forbes*:



"Detractors say he runs a cult-like program aimed at breaking down his subjects psychologically, separating them from their families and inducting them into a bizarre world of messianic pretensions, idiosyncratic language and ritualistic practices."

Edgar Bronfman Sr., father of high-ranking NXIVM members Sara and Clare, is quoted in the story, stating simply that he "think[s] it's a cult." The piece detailed Raniere's history of multi-level marketing fraud in the early '90s before he founded NXIVM, as well as testimonials from participants who had suffered hallucinations and psychotic episodes following grueling ESP sessions. But the damning profile didn't stop the organization from continuing to prosper until nearly two decades later.

The NXIVM Executive Success Programs sign outside of the office at 455 New Karner Road on April 26, 2018 in Albany, New York. Keith Raniere, founder of NXIVM, was arrested by the FBI in Mexico in March of 2018.
AMY LUKE

**Fenzel Declaration, Exhibit 4**
**Page 197**

In 2017, an exclusive, highly secret women's society within the organization, called Dominus Obsequious Sororium (DOS), which stands for a Latin phrase roughly translated as "lord over the obedient female companions," is what finally sparked the downfall of NXIVM. Sarah Edmondson, an actress and decades-long devoted NXIVM member, filed a complaint to the N.Y. State Department of Health after her initiation into DOS. Per the *New York Times'* account of her experience, the initiation required Sarah to send naked photos of herself as collateral to her "master," whom she was recruited by to be a "slave," and was completed with Sarah being blindfolded, held down naked on a massage table, and instructed to say: "Master, please brand me, it would be an honor." Edmondson was then branded by a cauterizing device with a small symbol featuring Keith Raniere's initials near her pelvis. The women in DOS were also required to be on call 24 hours a day—they would be punished with starvation if they did not respond to a text from their master within 60 seconds—and several were assigned to have sex with Raniere, as well. The 2017 media buzz surrounding the DOS ritual is what finally woke many members up to the evils at the core of their organization, prompting many departures and denouncements of NXIVM. Raniere fled to Mexico. But in February of 2018, a complaint was issued in federal court requesting an arrest warrant. Mexican authorities arrested Raniere in March and deported him back to New York.

ADVERTISEMENT - CONTINUE READING BELOW

"Vanguard" Keith Raniere was charged with various crimes including sex trafficking and forced labor and pleaded not guilty. Several other notable NXIVM figures including Allison Mack and Clare Bronfman were indicted as well for an array of crimes including "identity theft, extortion, forced labor, sex trafficking, money laundering, wire fraud and obstruction of justice." But Raniere's co-defendants—the women who had followed and served him faithfully for the past two decades—all pled guilty to certain lesser charges (Mack

to racketeering; Clare Bronfman to visa fraud) in lieu of standing trial, and Raniere stood trial alone. In June of 2019, Raniere was convicted by a Brooklyn jury of racketeering, sex trafficking, forced labor conspiracy, and wire fraud conspiracy in less than five hours. Raniere faces a mandatory minimum of 15 years imprisonment and up to life in prison, and his sentencing is set for October 27 of this year.

In January of 2020, a civil lawsuit was filed against NXIVM leadership by more than 80 plaintiffs who had at one time been members of the organization. Many of the plaintiffs filed under pseudonyms. It alleges that Raniere, Salzman, Clare and Sara Bronfman, and Allison Mack, among others, conspired to systemically abuse, manipulate, and extort members of the organization. The civil lawsuit has been stayed pending "final adjudication" and sentencing in the government's criminal case against

**Fenzel Declaration, Exhibit 4
Page 198**

Case 2:21-cv-08206-SGS-BFM Document 26-5 Filed 02/09/22 Page 23 of 51 PageID #:447

Raniere. No defendant in the civil case has yet filed responses to the allegations in that case.

The first episode of HBO's *The Vow* just begins to scratch the surface of the dark underworld of NXIVM. The 9-part series is sure to magnify our Sunday Scaries for the upcoming weeks as it dives deeper into the strange rituals and twisted methodology of the cult-like organization.

ESQUIRE

**Subscribe to Esquire Magazine**

hearstmags.com

ONE YEAR FOR JUST $15

**Lauren Kranc**

Lauren Kranc is an assistant editor at Esquire, where she runs the brand's social media accounts and covers pop culture and television, with entirely too narrow an expertise on true crime shows.

## Want more politics news and less politics noise?

### Our newsletter is your antidote.

| Enter your email address. | I'M IN. |
|---|---|

By signing up, I agree to Hearst Magazines' Terms of Use (including the dispute resolution procedures); my information will be used as described in the Privacy Notice.

WATCH NEXT

MORE FROM

_tv

**Fenzel Declaration, Exhibit 4
Page 199**

Case 2:21-cv-08206-CBM-RAO Document 26-5 Filed 02/09/22 Page 24 of 51 Page ID
#:448

The MCU Is Going Dark With 'Moon Knight'                    Danny McBride's Evolved—And Never Been Funnier

ADVERTISEMENT - CONTINUE READING BELOW

We Need to Give 'Ozark' Its Due                    Everything We Know About 'Yellowjackets' Season 2

'Euphoria' S2E2 Recap: Everyone Loves to Be Loved                    An Appreciation of the Peacemaker Intro Credits

Fenzel Declaration, Exhibit 4
Page 200

Peter Dinklage Sound Off on 'House of the Dragon'

In Defense of Misty from 'Yellowjackets'

HBO's Best Series, Ranked

'Station Eleven' Book to Show Differences

TV    Entertainment    Who's the Most Bankable Star in Hollywood?    How to Start a Cult    This Is How Cults Work, Not Religions

The Next Generation of Hollywood Stars    An Obit for Donald Trump's Hollywood Star    The Ten Least Powerful People in Hollywood

*Esquire*

f  y  P  O  Y  t

Newsletter                                      Digital Editions

About Us                                        Media Kit

Fenzel Declaration, Exhibit 4
Page 201

Press Room
Community Guidelines
Customer Service
Other Hearst Subscriptions
Events & Promotions

Contact Us
Advertise Online
Subscribe
Give a Gift
Giveaways

Hearst Men's and Enthusiast Media Group - A Part of Hearst Digital Media

A Part of Hearst Digital Media

Esquire participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.

©2022 Hearst Magazine Media, Inc. All Rights Reserved.

Privacy Notice/Notice at Collection    Your California Privacy Rights    Interest-Based Ads    Terms of Use    Site Map

Do Not Sell My Personal Information



PODCASTS        BECOME A TIMES UNION SUBSCRIBER

# NXIVM on Trial

A discussion from the Times Union on major developments in the saga of Keith Raniere and NXIVM, the shadowy upstate New York organization that has been at the center of a federal investigation into alleged extortion, sex trafficking and more.



**HOST**

 **Casey Seiler**

LISTEN ON AN APP ⌄

**Fenzel Declaration, Exhibit 4 Page 203**

# Latest Episode

SEPT. 10, 2021

## Nancy Salzman: From Prefect to Prison



A federal judge sentenced NXIVM co-founder Nancy Salzman to three and a half years in prison this week. She was the last of the major players charged in criminal court in the NXIVM saga to receive a sentence.

In the courtroom, eight of Salzman's victims described her as a cold, calculating enabler and enforcer for cult leader Keith Raniere. Judge Nicholas Garaufis admonished the 67-year-old Halfmoon resident, saying her actions "left trauma and destruction in your wake."

On this episode of NXIVM on Trial, Times Union Editor-in-Chief Casey Seiler and criminal justice reporter Rob Gavin discuss the sentence and its significance.

# Archive

Fenzel Declaration, Exhibit 4
Page 204

Fenzel Declaration, Exhibit 4
Page 205

Fenzel Declaration, Exhibit 4
Page 206

Fenzel Declaration, Exhibit 4
Page 207

**Fenzel Declaration, Exhibit 4
Page 208**

TO TOP

**ABOUT**

Our Company                                      Privacy Notice

Newspaper Delivery Safety Procedures             Your California Privacy Rights

Advertising                                      Contact Us

Interest Based Ads                               Jobs at the TU

Terms of Use

**CONTACT**

Blogs                                            Births

Weather                                          Obituaries

School Closings                                  Online Store

Events Calendar                                  Puzzles Palace

Weddings/Celebrations

**SERVICES**

Subscriber Services                              Become a Carrier

Home Delivery                                    iPad app

**Fenzel Declaration, Exhibit 4
Page 209**

Copyright and Reprint                    e-Edition

HEARST *newspapers*
©2022 Hearst

 **CBC**

🔍 **Search**     👤 **Sign In**

**Uncover · Listen**

# Uncover Season 1 — Escaping NXIVM

Escaping NXIVM · Posted: May 30, 2018 11:44 AM ET | Last Updated: May 15, 2019



 **Uncover: Escaping NXIVM**

3 years ago | 1:24

The first season of Uncover, a new investigative series by CBC Podcasts, launches September 2018. 1:24

NXIVM (pronounced "Nexium") calls itself a humanitarian community. Experts call it a cult. *Uncover: Escaping NXIVM* is an investigative podcast series about the group, its leader

Fenzel Declaration, Exhibit 4
Page 211

Keith Raniere and one woman's journey to get out. From CBC Podcasts and CBC News.

Subscribe to the podcast, join our Facebook community and follow us on Twitter @uncovercbc.

# Listen

### Bonus: Inside the Trial

  **Uncover    36:56**

S1 Escaping NXIVM Bonus: Inside the Trial

The team behind season one of Uncover: Escaping NXIVM takes us inside the trial of NXIVM co-founder Keith
Raniere and speaks with former member of the group Sarah Edmondson about her thoughts on the trial.
36:56

### Trailer

  **Uncover    1:58**

S1: Escaping NXIVM - Trailer

Over the past few months, CBC documentarian Josh Bloch has been investigating NXIVM, a self-help group
led by Keith Raniere. In this season of Uncover, we take you into NXIVM, and reveal how Raniere won the
endorsement of actors, politicians and even a visit from the Dalai Lama. 1:58

### Episode 1

  **Uncover    35:17**

S1 "Escaping NXIVM" E1: The Branding

Uncover: Escaping NXIVM - Episode 1. Sarah Edmondson is a high-level member of a self-help group called
NXIVM, but an invitation to join a secret women's group called DOS leads her to do something she later
regrets. 35:17

**Fenzel Declaration, Exhibit 4
Page 212**

**Episode 2**

  **Uncover    53:14**

S1 "Escaping NXIVM" E2: The Epiphany

Sarah takes us inside her journey with NXIVM, from signing up for a personal growth workshop to becoming a star recruiter for the group she now calls a cult. 53:14

- **How a Vancouver actor joined a self-help group and ended up in an alleged sex cult**

**Episode 3**

  **Uncover    55:12**

S1 "Escaping NXIVM" E3: Sex, Money and Nazis

Those who knew Keith Raniere intimately reveal his early life, how he started NXIVM and ended up being accused by the FBI of running a criminal enterprise. 55:12

- **How Keith Raniere went from gifted child to self-help guru to accused sex-cult leader**

**Episode 4**

  **Uncover    41:43**

S1 "Escaping NXIVM" E4: The Suppressives

What happens when you leave NXIVM? Those who have left or spoken out reveal the price they paid. 41:43

**Episode 5**

**Uncover    40:32**

Fenzel Declaration, Exhibit 4
Page 213



S1 "Escaping NXIVM" E5: Blow It Up

Sarah and her husband try to escape NXIVM and take it down while warning others who are still inside. 40:32

- **'I feel like my brain has been wiped': As NXIVM leader awaits trial, stunned former members ask, 'What now?'**

**Episode 6**

 

**Uncover   38:30**

S1 "Escaping NXIVM" E6: The Defence

Josh speaks to one of Keith Raniere's lawyers, Marc Agnifilo, and hears a different point of view on NXIVM and DOS. 38:30

- **Alleged NXIVM cult leader 'adamant about his innocence,' lawyer says**

**Episode 7**

 

**Uncover   43:46**

S1 "Escaping NXIVM" E7: The Reckoning

Sarah faces criticism about her role in NXIVM and tries to come to terms with the 12 years she spent as a high-level member of the group. 43:46

- **The public and private turmoil of escaping a suspected sex cult**

**Episode 8**

 

**Uncover   21:26**

S1 E8 Bonus: The Fright Experiments

**Fenzel Declaration, Exhibit 4
Page 214**

Jennifer Kobelt - Sarah Edmondson's former assistant in NXIVM - tells her story of joining NXIVM at a moment of crisis in her life and being involved in the group's so-called "fright study." 21:26

- ### 'Turn it off!': Ex-NXIVM member describes Clockwork Orange-style 'fright study'

**Bonus: Case Update**

 

**Uncover: The Village    25:29**

S1 Escaping NXIVM Bonus: Case Update

In this update to season one, Josh Bloch sits down with Jayme Poisson, host of CBC's daily news podcast Front Burner, to unpack a number of significant developments in the case against NXIVM members. The full season of Escaping NXIVM is available in the Uncover podcast feed. 25:29

## Popular Now in Radio

**1**    Here's what you need to know about 4th doses of COVID vaccine

**2**    Weary sighs of 9-year-old shovelling snow go viral after Toronto storm

**3**    Carol Off stepping down as host of CBC Radio's As It Happens

**4**    THE DOC PROJECT

When this man took a DNA test, he discovered a 50-year secret

**5**    Woman living with multiple sclerosis for 20 years says latest research offers hope for answers

## RECOMMENDED FOR YOU    



**Jagmeet Singh and his wife**



**Here's what you need to know**



**Nurse quits Saint John hospital**

**Fenzel Declaration; Exhibit 4
Page 215**

**have 'realized their error,' will
pay for $1,895 rocking chair
gift**

News  -  Politics

**about 4th doses of COVID
vaccine**

Radio  -  The Dose

**in frustration and takes up
long-haul trucking**

News  -  Canada  -  New Brunswick



**Ex-employees ask how convicted fraudster
obtained pandemic support while their wages
went unpaid**

News  -  Canada



**New COVID-19 cases due to Omicron in Ontario
expected to peak this month, health minister
says**

News  -  Canada  -  Toronto

©2022 CBC/Radio-Canada. All rights reserved.

Visitez Radio-Canada.ca

**Fenzel Declaration, Exhibit 4
Page 216**

6/6

Case 2:21-cv-08206-SSS-DFM   Document 26-5   Filed 02/09/22   Page 41 of 51   Page ID #:465



SIGN IN            GET HBO



EXPLORE ⌄



0:56
**Watch the Part 2 Tease**

PART 2 COMING SOON

# The Vow

1 SEASONS | 9 EPISODES | TV-MA

WATCH NOW

This documentary series from Oscar-nominated, Emmy-winning directors Jehane Noujaim and Karim Amer (*The Square, Control Room*) follows members who joined the self-improvement group NXIVM – whose leader was convicted of sex trafficking, racketeering conspiracy, and other crimes – to reveal the emotional toll of unfolding events on these individuals.

**Fenzel Declaration, Exhibit 4
Page 217**

1/23/22, 12:34 PM
Case 2:21-cv-08206-SSS-DFM    Document 26-5    Filed 02/09/22    Page 42 of 51    Page ID
The Vow | Official Website for the HBO Series | HBO
#:466



GET HBO



THE
VOW

EXPLORE ⌄



55:53
**Part 1 Episode 1: The Science of Joy**

## Watch the First Episode for Free

Start from the beginning and watch the first episode of the documentary series for free.

**WATCH**



New subscription options starting at $9^{99}$/month.

**LEARN MORE**



**Fenzel Declaration, Exhibit 4
Page 218**



SIGN IN    GET HBO



THE
VOW

EXPLORE ⌄

Watch the Part 1 Trailer.

## Stream Part 1

All nine episodes of Part 1 are now available to stream on HBO Max.

WATCH NOW

# Season 1
# Episodes





## 1. The Science of Joy

Series premiere. Mark and Sarah, top former NXIVM leaders, describe the dream and mission of the organization.

## 2. Viscera

Bonnie leaves NXIVM to make sense of it all and tries to convince Mark that something's amiss.

**Fenzel Declaration, Exhibit 4**
**Page 219**

HBO

SIGN IN    GET HBO



THE
VOW

EXPLORE ⌄





### 3. At Cause

Sarah confides in Mark about DOS, a secret
women's group. They lament their roles as
recruiters and question what to do next.

### 4. Building Character

The former members strategize with
Catherine Oxenberg about how to get her
daughter out of DOS.





### 5. Class 1 Data

### 6. Honesty & Disclosure

**Fenzel Declaration, Exhibit 4
Page 220**

4/6

Case 2:21-cv-08206-SSS-DFM    Document 26-5    Filed 02/09/22    Page 45 of 51    Page ID
#:469
The Vow | Official Website for the HBO Series | HBO.com



**HBO**®

SIGN IN    GET HBO

EXPLORE ⌄

authorities. Mark reflects on his role          Barbara, an early defector, shares her





### 7. Blame & Responsibility

Catherine meets with Frank Parlato to build a dossier of evidence for the New York Attorney General's office.

### 8. The Wound

As the group prepares to testify to the FBI, they reflect on their beliefs regarding the SOP and JNESS curriculums.

**Fenzel Declaration, Exhibit 4
Page 221**

1/23/22, 12:34 PM
Case 2:21-cv-08206-SSS-DFM   Document 26-5   Filed 02/09/22   Page 46 of 51   Page ID
#:470
The Vow | Official Website for the HBO Series | HBO.com



SIGN IN     GET HBO



EXPLORE ⌄



## 9. The Fall

Finale. Keith leaves the U.S. and is spotted in Mexico. Later, the team faces a shocking development in the case.

# You May Also Like

| I'll Be Gone in the Dark | McMillion$ | Goi Pris |
| --- | --- | --- |

Case 2:21-cv-08206-SSS-DFM Document 26-5 Filed 02/09/22 Page 47 of 51 Page ID #:471







# SEDUCED: INSIDE THE NXIVM CULT

TV-MA    4 EPISODES    DOCUMENTARY    2020

This four-part documentary series follows the story of India Oxenberg's perilous journey through the dark and criminal world of the notorious self-help-group-turned-sex-slave-cult NXIVM.

👌 START WATCHING NOW

FOLLOW STARZ

    

EPISODES

SEASON    1

Fenzel Declaration, Exhibit 4
Page 223



Ep 101 - HOOKED

TV-MA  54  2020

India Oxenberg, the 28-year-old daughter of actress Catherine Oxenberg, speaks out for the first time about her involvement in NXIVM and how she became a "branded sex slave."

Ep 102 - INDOCTRINATED

TV-MA  60  2020

The NXIVM curriculum gradually transforms India into a true believer.

Fenzel Declaration, Exhibit 4
Page 224

2/5

Case 2:21-cv-08206-SSS-DFM   Document 28-5   Filed 02/09/22   Page 49 of 51   Page ID
                                              #:473



Ep 103 – ENSLAVED
TV-MA   59   2020

India, as a member of the secret slave master group known as DOS, is subjected to forced
starvation, sleep deprivation, multiple forms of abuse, and separation from family.



Ep 104 – EXPOSED
TV-MA   80   2020

Catherine begins the fight of her life to expose the cult and rescue her daughter.

**Fenzel Declaration, Exhibit 4
Page 225**

## OTHERS ALSO WATCHED

VIEW ALL



**BMF**
TV-MA | 1 SEASON | DRAMA

**THE SPANISH PRINCESS**
TV-MA | 2 SEASONS | DRAMA, HISTORICAL

**BAD BOYS**
R | 2020 | AC

**BROWSE STARZ**

Power Book II: Ghost

Power Book IV: Force

Outlander

Hightown

MORE ORIGINALS...

Escape Room: Tournament of Champions

Bad Boys For Life

The Equalizer 2

The House Next Door: Meet The Blacks 2

MORE MOVIES...

Power Book II: Ghost

Power Universe

BMF

Power

MORE SERIES...

**GET STARTED**

Order STARZ

Start Your Free Trial

**Fenzel Declaration, Exhibit 4**
**Page 226**

Redeem Gift Card

Log In

## HELP

FAQ

Activate a Device

Supported Devices

Contact us

Accessibility

## COMPANY

STARZ Corporate

STARZ #TakeTheLead

Careers

Privacy

Terms of Use

Do Not Sell My Information

   



© 2022 STARZ

Fenzel Declaration, Exhibit 4
Page 227