# EXHIBIT 5

EDITION: INTERNATIONAL

World    Business    Markets    Breakingviews    Technology    Investigations    Lifestyle                Graphics

PICTURES  |  TUE OCT 27, 2020 | 10:37PM EDT

# NXIVM sex cult founder Keith Raniere sentenced to 120 years in prison



1 / 6

Michele Hatchette, Nikki Clyne, Marc Elliot, Eduardo Asunsolo and Suneel Chakravorty, supporters of NXIVM cult leader Keith Raniere, speak to reporters following the sentencing hearing in the sex trafficking and racketeering case against Raniere,... MORE

## NEXT SLIDESHOWS



**U.S. cannot shield Trump from rape accuser's defamation lawsuit, judge rules**

NEW YORK (Reuters) - A federal judge on Tuesday rejected a U.S. government request to drop Donald



**Donald Trump's billion-dollar golf course development play: little to show, so far**

TURNBERRY, Scotland (Reuters) - For Donald Trump, his golf courses are jewels in his self-branded



**Texas supreme court says state can limit mail ballot drop-off sites**

WASHINGTON (Reuters) - The Texas Supreme Court on Tuesday ruled that the state's Republican governor may



**Tyson Foods workers to replace some federal inspectors at U.S. beef plant**

CHICAGO (Reuters) - Tyson Foods said on Tuesday it plans in January to have company employees take on

Fenzel Declaration, Exhibit 5
Page 229

1/20/22, 9:29 AM
NXIVM sex cult founder Keith Raniere sentenced to 120 years in prison | Reuters.com
Case 2:21-cv-08206-SSS-DFM Document 26-6 Filed 02/09/22 Page 3 of 6 Page ID #:478

Trump as a defendant in a defamation lawsuit by a writer who...

OCT 27 2020

business empire, from the swaying palm trees of Trump National...

OCT 27 2020

limit drop-off sites for election ballots, in a...

OCT 27 2020

duties from more than a dozen federal inspectors at a...

OCT 27 2020

## MORE IN PICTURES

## TRENDING COLLECTIONS



### Notable deaths in 2022

Newsmakers and celebrities who have died this year.

11:32AM EST



### First look at Tonga tsunami devastation

Images begin to arrive from the devastated archipelago of damaged villages, buildings and volcanic ash covering the nation of about 105,000 people.

9:29AM EST



### In pictures: President Biden's first year in office

Scenes from U.S. President Joe Biden's first year in office.

9:23AM EST



### Pictures of the year 2021



### Top Photos of the Day



### Top Photos of the Day



### On a frozen pond far from the Olympics, meet China's ice hockey veterans

The men, amateur players in the rust-belt city of Anshan in northeast China, are mostly in their 50s and 60s, their passion for the sport in sharp contrast to wider indifference.

9:11AM EST



### Ukraine's ex-president avoids detention in treason case as thousands rally

Former Ukrainian president Petro Poroshenko wins a court ruling allowing him to remain at liberty while being investigated for treason in a probe he says was cooked up by allies of his successor, President Volodymyr Zelenskiy.

WEDNESDAY, JANUARY 19, 2022



### In the snowy trenches along Ukraine's frontline

Images from along the line of contact in Ukraine's eight-year war against Russian-backed forces in the Donbass region.

WEDNESDAY, JANUARY 19, 2022



### Satellite images show Russian military buildup along Ukraine border



### NXIVM sex cult founder Keith Raniere sentenced to 120 years in prison

## PODCAST

Weekly sports business analysis



### Deadliest coalition air strikes on Yemen's Sanaa since 2019



### Orthodox Epiphany celebrations

People celebrate the Orthodox Christian feast of Epiphany,



### Migrants cross English Channel

Migrants using an inflatable dinghy cross the English Channel into Britain.

Fenzel Declaration, Exhibit 5
Page 230

Air strikes by the Saudi-led coalition fighting Yemen's Houthi group on the capital Sanaa killed at least 20 people overnight, including civilians, Houthi media and residents said, in one of its deadliest attacks since 2019.

WEDNESDAY, JANUARY 19, 2022

commemorating the baptism of Jesus.

WEDNESDAY, JANUARY 19, 2022

TUESDAY, JANUARY 18, 2022

VIEW MORE

Follow Reuters:                                                                                     Subscribe: **Newsletters** | **Podcasts** | **Apps**

**Reuters News Agency** | **Brand Attribution Guidelines** | **Advertise with Us** | **Careers** | **Reuters Leadership** | **Reuters Fact Check** | **Reuters Diversity Report**

Reuters, the news and media division of **Thomson Reuters**, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

| **EIKON** | **REFINITIV DATA PLATFORM** | **WORLD-CHECK** | **WESTLAW** | **ONESOURCE** | **CHECKPOINT** |
|---|---|---|---|---|---|
| Information, analytics and exclusive news on financial markets - delivered in an intuitive desktop and mobile interface | Access to real-time, reference, and non-real time data in the cloud to power your enterprise. | Screen for heightened risk individuals and entities globally to help uncover hidden risks in business relationships and human networks | Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology | The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs | The industry leader for online information for tax, accounting and finance professionals |

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2022 Reuters. All Rights Reserved.   | Site Feedback  | Corrections  | Advertising Guidelines  | Cookies  | Terms of Use  | Privacy Policy  | Do Not Sell My Personal Information

Fenzel Declaration, Exhibit 5
Page 231

1/27/22, 2:50 PM
Case 2:21-cv-08206-SSS-DFM Document 26-6 Filed 02/09/22 Page 5 of 6 Page ID #:480
CBS Mornings - Former "Battlestar Galactica" actress part of alleged "sex cult" speaks out | Facebook


















**facebook** Log In

Watch  Home  Live  Music  Shows  Explore  Saved Videos  Your Watchlist    Search videos



Tony Dokoupil anchors "The Uplift," which puts the spotlight on stories that inspire, motivate...
CBS Mornings
3 Views · 3h ago

Antonio Brown says that there was nothing he could've done differently when he walked off...
CBS Mornings
9 Views · 3h ago



Spotify removes Neil Young's music
CBS Mornings
23 Views · 4h ago

Holocaust survivor shares her story with younger generation on TikTok
CBS Mornings
26 Views · 4h ago



National Guard filling in for teachers in New Mexico amid state's COVID surge
CBS Mornings
2 Views · 4h ago

Pages ■ Media ■ TV & Movies ■ TV show ■ CBS Mornings ■ Videos
■ Former "Battlestar Galactica" actress part of alleged "sex cult" speaks out

View Transcript ■