# EXHIBIT 6

January 26, 2022 | 3:06 pm

## COVID-19 Vaccines

Children ages 5+ are eligible for the COVID-19 vaccine and children ages 12+ are eligible for a booster. Parents and guardians: make sure your child gets vaccinated and stays up to date with all recommended doses.

VAX FOR KIDS >

### Department of Health

### Professional Misconduct and Physician Discipline

## Physician Information

**Physician Search**

**Physician Records**

| | |
|---|---|
| **Physician Last Name:** | Porter |
| **Physician First Name:** | Brandon |
| **Physician Middle Name:** | B. |
| **Address:** | Address redacted |
| **License Number:** | 253486 |
| **License Type:** | MD |
| **Year of Birth:** | 1974 |
| **Effective Date:** | 08/27/2019 |
| **Action Description for DOH Webpage:** | License revocation. |
| **Misconduct Description for DOH Webpage:** | The Hearing Committee sustained the charges finding the physician guilty of having committed professional misconduct by practicing the profession of medicine in a manner which evidences moral unfitness; willfully failing to file a report required by law; willfully or grossly negligently failing to comply with provisions of law; gross negligence; negligence on more than one occasion; gross incompetence; incompetence on more than one occasion; practicing the profession fraudulently and failing to maintain accurate medical records. |
| **License Restrictions for DOH Webpage:** | |
| **Board Order:** |  CHRG 253486.pdf |


HRG 253486.pdf

Return to Welcome Page

Return to Professional Misconduct and Professional Discipline

Send questions or comments to: opmc@health.ny.gov

## Department of Health

### About

Howard Zucker, Commissioner

Employment Opportunities

Laws & Regulations

Publications and Educational Material

Forms

Health Topics A to Z

Contact

Grants & Funding Opportunities

Press Releases

Freedom of Information Law (FOIL)

Related Sites

A to Z en Español

### Events

Meetings, Hearings and Special Events

Other Events

Webcasts

**Fenzel Declaration, Exhibit 6**
**Page 236**

**Help**

Help Increasing the Text Size in Your Web Browser

Privacy Policy

File Formats Used on this Web Site

Disclaimer

Accessibility

**Language Assistance**

Español (Spanish)

Русский (Russian)

Kreyòl Ayisyen (Haitian-Creole)

中文 (Chinese)

Italiano (Italian)

한국어 (Korean)

**CONNECT WITH US**

FACEBOOK

YOUTUBE

TWITTER

PINTEREST

Fenzel Declaration, Exhibit 6
Page 237