Jean-Paul Jassy, Cal Bar No. 205513
Meghan Fenzel, Cal Bar No. 324139
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MARC ELLIOT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-cv-08206-JAK-DFM |
| v. | |
| LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC., et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged: (**List Documents**)

EXHIBIT 1, In Support of Request for Judicial Notice In Support of Special Motion to Strike First Amended Complaint Pursuant to C.C.P. § 425.16 filed by Defendants, Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC, is a compilation of four DVDs; each DVD contains one episode of the four-part documentary series at issue in this dispute, Seduced: Inside the NXIVM Cult.

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 9, 2022
Date

Jean-Paul Jassy
Attorney Name

Defendants Lions Gates Films Inc., et al.,
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*