JEAN-PAUL JASSY, State Bar No. 205513
  jpjassy@jassyvick.com
MEGHAN FENZEL, State Bar No. 324139
  mfenzel@jassyvick.com
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:  310-870-7048
Facsimile:   310-870-7010

Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE
ENTERTAINMENT INC. and STARZ
ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>          Plaintiff,<br><br>    vs.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC,<br><br>       Defendants. | Case No. 2:21-cv-08206-JAK-DFM<br><br>Honorable John A. Kronstadt<br><br>**PROOF OF SERVICE**<br><br>Date:     May 9, 2022<br>Time:    8:30 a.m.<br>Crtrm:  10B |

<u>PROOF OF SERVICE</u>

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071.

On **February 9, 2022**, I served the following document(s):

<u>**EXHIBIT 1**</u>**, IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT PURSUANT TO C.C.P. § 425.16; COMPILATION OF FOUR DVDS**

on the interested parties in this action as follows:

Joseph M. Tully
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
*Attorney for Plaintiff*

☑ **BY FEDERAL EXPRESS OVERNIGHT DELIVERY**: I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

☑ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of United States of America that the foregoing information in the proof of service is true and correct.

Executed on **February 9, 2022**.

_____
Marlene Rios