Joseph M. Tully (CASBN: 201187)
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MARC ELLIOT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-cv-08206-JAK-DFM |
| v. | |
| LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC., et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

Exhibit A in support of Plaintiff's Opposition to Defendants' Special Motion to Strike Plaintiff's First-Amended Complaint pursuant to California Code of Civil Procedure section 425.16, is video of original footage from NXIVM's Society of Protectors Program "SOP Footage;" JNESS Tracks Program "JNESS Footage;" Ethical Science Foundation "Ethical Science Footage;" and The Source Program "The Source Footage."

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 11, 2022
Date

Joseph M. Tully
Attorney Name
Plaintiff, Marc Elliot
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)            NOTICE OF MANUAL FILING OR LODGING