FILED
CLERK, U.S. DISTRICT COURT
June 21, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge SUNSHINE SUZANNE SYKES | ORDER OF THE CHIEF JUDGE<br><br>22-112 |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Sunshine Suzanne Sykes,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge John A. Kronstadt to the calendar of Judge Sunshine Suzanne Sykes:

| Case Number | Case Name |
|---|---|
| 2:21-cv-04277-JAK-AGRx | Bien Nacido Vineyards, LP, et al. v. Vintage Wine Estates, Inc. |
| 2:21-cv-04812-JAK-MAA | Eddie Lee Evans v. Kelly Santoro |
| 2:21-cv-05269-JAK-RAOx | Todd Williamson v. Zuma Beach Properties, LLC, et al. |
| 2:21-cv-08206-JAK-DFMx | Marc Elliot v. Lions Gate Entertainment Corporation, et al. |
| 2:21-cv-09634-JAK-GJSx | Hee Soon Park v. Simi Entertainment Plaza, et al. |
| 2:21-cv-09831-JAK-MAA | Hugh Robinson v. Acting Warden |
| 2:21-cv-09855-JAK-MARx | Maverick Bankcard, Inc. v. Assets Before Splurging LLC, et al. |
| 2:21-cv-09982-JAK-AFMx | Josean Posey v. City of Los Angeles, et al. |
| 2:22-cv-00018-JAK-PVCx | Kyle James v. Constar Financial Services, LLC |
| 2:22-cv-00922-JAK-PVCx | Jose Aguilar v. American National Insurance Company, et al. |
| 2:22-cv-00953-JAK-RAOx | Core Supply Company v. Foam Fabricators, Inc., et al. |
| 2:22-cv-00967-JAK-JPRx | Bernardo Sanchez Jimenez v. Department of Homeland Security, et al. |

In the Matter of the
Creation of Calendar for
District Judge Sunshine Suzanne Sykes 2

___

    5:22-cv-00093-JAK-KKx    Thomas Wade v. Exel, Inc., et al.
    8:18-cv-01208-JAK-KESx    Kolette A. Page, et al. v. Minnesota Life Insurance Company, et al.

    On all documents subsequently filed in the case, please substitute the Judge initials SSS after the case number in place of the initials of the prior Judge.

DATED: June 21, 2022                                    _____
                                                                 Chief Judge Philip S. Gutierrez