```
 1  JEAN-PAUL JASSY, Cal. Bar No. 205513
       jpjassy@jassyvick.com
 2  MEGHAN FENZEL, Cal. Bar No. 324139
       mfenzel@jassyvick.com
 3  JASSY VICK CAROLAN LLP
    355 South Grand Avenue, Suite 2450
 4  Los Angeles, California 90071
    Telephone:  310-870-7048
 5  Facsimile:   310-870-7010

 6  Attorneys for Defendants
    LIONS GATE FILMS INC., LIONS GATE
 7  ENTERTAINMENT INC. and STARZ
    ENTERTAINMENT, LLC
 8
```

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC ELLIOT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC,<br><br>　　　　　Defendants. | Case No. 2:21-cv-08206-SSS-DFM<br><br>Honorable Sunshine S. Sykes<br><br>**NOTICE OF HEARING FOR SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT PURSUANT TO C.C.P. § 425.16**<br><br>**Vacated Date: July 18, 2022**<br>**New Date:   September 30, 2022**<br>**Time:     2:00 p.m.**<br>**Crtrm:   Riverside, 2** |

NOTICE OF HEARING

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC, collectively and each of them individually, will present their Special Motion to Strike the First Amended Complaint Pursuant to C.C.P. § 425.16 and Federal Rule of Civil Procedure 12(b)(6) on Friday, September 30, 2022, at 2:00 p.m., or as soon thereafter as counsel may be heard before the Honorable Sunshine S. Sykes, presiding, located at Courtroom 2, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, California 92501-3801.

This notice of hearing follows the Court's June 25, 2022 Reassignment Order, which vacated the July 18, 2022 hearing.  *See* Dkts. 35, 33.  Defendants filed the Motion on February 9, 2022, and the Motion was fully briefed as of March 25, 2022.  *See* Dkts. 25–32.  The Parties conferred pursuant to Local Rule of Court 7-3 on January 21, 2022 and further conferred on June 28, 2022 following this Court's Reassignment Order.

Dated:      June 29, 2022                    Respectfully Submitted,


By:   /s/ Jean-Paul Jassy
Jean-Paul Jassy
JASSY VICK CAROLAN LLP

Attorney for Defendants
LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC