```
 1  Jean-Paul Jassy, Cal. Bar No. 205513
       jpjassy@jassyvick.com
 2  Meghan Fenzel, Cal. Bar No. 324139
       mfenzel@jassyvick.com
 3  JASSY VICK CAROLAN LLP
    355 South Grand Avenue, Suite 2450
 4  Los Angeles, California 90071
    Telephone: (310) 870-7048
 5
    Attorneys for Defendants
 6  LIONS GATE FILMS INC., LIONS GATE
    ENTERTAINMENT INC. and STARZ
 7  ENTERTAINMENT, LLC

 8

 9  Joseph M. Tully, Cal Bar No. 201187
    TULLY & WEISS ATTORNEYS AT LAW
10  713 Main Street
    Martinez, CA 94553
11  Telephone: (925) 229-9700

12  Attorneys for Plaintiff
    MARC ELLIOT
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MARC ELLIOT, | Case No. 2:21-cv-08206-SSS-DFM |
|---|---|
| Plaintiff, | Honorable Sunshine S. Sykes |
| vs. | **JOINT CASE MANAGEMENT STATEMENT** |
| LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC, | |
| Defendants. | |

Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC ("Defendants") and Plaintiff Marc Elliot ("Plaintiff") respectfully submit the following Joint Case Management Statement pursuant to Reassignment Order dated June 25, 2022, Dkt. 35.

      **A. Filing Date:** This case was filed on October 15, 2021.

      **B. Parties:** The Plaintiff is Marc Elliot. The Defendants are Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC.

      **C. Claims:** Plaintiff's operative First Amended Complaint asserts claims of (1) defamation per se; (2) defamation by implication; (3) appropriation of name or likeness; (4) false light; and (5) intentional infliction of emotional distress. Dkt. 11. Defendants have a pending special motion to strike and dismiss all claims pursuant to California Code of Civil Procedure § 425.16 and Federal Rule of Civil Procedure 12(b)(6) ("Defendants' Motion"), which is noticed for hearing on September 30, 2022. Dkt. 25, 36.

      **D. Underlying Events:**

        a. <u>Plaintiff's statement</u>: Plaintiff's statement: Defendant Starz Entertainment, LLC produced a four-part television documentary series entitled, "*Seduced: Inside the NXIVM Cult*" (the "Series"), chronicling the activities of the NXIVM organization and the criminal prosecution of its founder, Keith Raniere, and its other leaders. Plaintiff Marc Elliot is a former NXIVM employee and inspirational speaker who shared his story of how the organization helped him and others overcome Tourette's Syndrome. Defendants edited and spliced together a speech by Mr. Raniere to create a more sinister speech than what was originally spoken to make it appear as if Mr. Raniere was advocating sexual violence against women. Further, Defendants added a fake applause track to the end of that edited speech, then juxtaposed that 'sinister edit' with an unrelated video testimonial of Plaintiff which they further edited to make it appear as if Plaintiff approved of advocating sexual violence against women. Since the Series' release, Plaintiff has continued to publicly advocate on behalf of NXIVM and Raniere, who is currently serving a 120-year federal prison sentence where the status of the

conviction is in severe doubt based upon top digital forensic experts' findings that the FBI tampered with evidence to frame Mr. Raniere for possessing child pornography and child exploitation.

    b.   <u>Defendants' statement</u>: Defendant Starz Entertainment, LLC produced a four-part television documentary series titled, *Seduced: Inside the NXIVM Cult* (the "Series"), chronicling the activities of the "cult-like" NXIVM "self-help" organization and the criminal prosecution of its founder, Keith Raniere, and its other senior leaders. The Series briefly shows Plaintiff Marc Elliot as one of NXIVM's "success stories," who shared his story of how NXIVM helped him overcome Tourette's Syndrome and became a well-known spokesperson for the group and in his own right. The Series does not state or reasonably imply that Plaintiff – unlike other NXIVM leaders – engaged in the sex trafficking scheme or other wrongful or criminal behavior for which Raniere is currently serving a 120-year federal prison sentence. Plaintiff takes issue with just 45 non-actionable seconds out of the four-hour Series. Since the Series' release, Plaintiff has continued to publicly advocate on behalf of NXIVM and Raniere.

   **E. <u>Relief Sought:</u>** Plaintiff seeks injunctive relief, damages, and attorneys' fees and costs. Defendants seek an order dismissing all of Plaintiff's claims with prejudice and without leave to amend, and they seek a recovery of attorneys' fees and costs.

   **F. <u>Status of Discovery:</u>** This case remains at the pleading stage. There has been no discovery.

   **G. <u>Procedural History:</u>** Plaintiff filed this case on October 15, 2021, and filed the operative First Amended Complaint on November 1, 2021. Dkts. 1, 11. Defendants filed the pending Special Motion to Strike (Defendants' Motion) on February 9, 2022, and the Motion was fully briefed as of March 25, 2022. *See* Dkts.

25–32.  The Court's June 25, 2022 Reassignment Order vacated the July 18, 2022 hearing on Defendants' Motion.  *See* Dkts. 35, 33.  Pursuant to the Court's Reassignment Order, Dkt. 35, Defendants' Motion has been re-noticed for hearing on September 30, 2022, Dkt. 36.  No other proceedings have occurred in this case.

**H. Other Deadlines:** There are no other deadlines in place.

**I. Proposed Dates:** There are no proposed pretrial or trial dates.  The parties respectfully suggest that no such dates be set until after the Court rules on Defendants' Motion.

**J. Magistrate Judge:** The Parties do not consent to a magistrate judge for trial.

**K. Case Management Conference:** There is not an immediate need for a case management conference.

**L. Immediate Relief Regarding Case Schedule:** Defendants have noticed a hearing for Defendants' Motion for September 30, 2022 or as soon thereafter as counsel may be heard.  Dkt. 36.

**M. Other Information:** Prior to reassignment, both parties manually lodged with the Court video files material to Defendants' Motion.  *See* Dkts. 27, 30; *see also* Defendants' Request for Judicial Notice, Dkt. 26; Defendants' Evidentiary Objections to Plaintiff's Declaration and Exhibit A, Dkt. 32.

Dated:  July 10, 2022

JASSY VICK CAROLAN LLP

By: ___/s Jean-Paul Jassy___
Jean-Paul Jassy

Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC

| | | |
|---|---|---|
| Dated: July 10, 2022 | | TULLY & WEISS ATTORNEYS AT LAW |
| | | By: _____/s/ Joseph M. Tully_____<br>Joseph M. Tully |
| | | Attorneys for Plaintiff<br>MARC ELLIOT |

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Jean-Paul Jassy, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| Dated: July 10, 2022 | | JASSY VICK CAROLAN LLP |
| | | By: _____/s Jean-Paul Jassy_____<br>Jean-Paul Jassy |
| | | Attorneys for Defendants<br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC |