1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MARC ELLIOT, | Case No. 2:21-cv-08206-SSS-DFM |
|---|---|
| Plaintiff, | Honorable Sunshine S. Sykes |
| vs. | |
| LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC, | **[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE UNTIL AFTER RULING ON PENDING DISPOSITIVE MOTION** |
| Defendants. | |

Upon review of the Stipulation (Dkt. 40) submitted by Plaintiff Marc Elliot ("Plaintiff") and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC ("Defendants"), and good cause appearing, the Court hereby vacates the September 30, 2022 scheduling conference and related deadlines. The Court will reset the Scheduling Conference after ruling on Defendants' pending Special Motion to Strike (Dkt. 25), which is noticed for hearing on September 30, 2022 at 2:00 p.m.

IT IS SO ORDERED.

Date:_____

_____
HON. SUNSHINE S. SYKES
U.S. DISTRICT JUDGE