1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MARC ELLIOT, | Case No. 2:21-cv-08206-SSS-DFMx |
|---|---|
| Plaintiff, | Honorable Sunshine S. Sykes |
| vs. | |
| LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC, | **ORDER ON JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE UNTIL AFTER RULING ON PENDING DISPOSITIVE MOTION** |
| Defendants. | **NOTE CHANGES MADE BY COURT** |

1  Upon review of the Stipulation (Dkt. 40) submitted by Plaintiff Marc Elliot
2  ("Plaintiff") and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc.
3  and Starz Entertainment, LLC ("Defendants"), and good cause appearing, the Court
4  hereby vacates the September 30, 2022 scheduling conference and related deadlines.
5  The Court resets the Scheduling Conference for November 4, 2022 at 1:00 p.m.

7  IT IS SO ORDERED.

9  Date: August 4, 2022

   _____
   HON. SUNSHINE S. SYKES
   U.S. DISTRICT JUDGE