Joseph M. Tully (CASBN: 201187)
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754
Email: Joseph@Tully-Weiss.com

Attorneys for Plaintiff
MARC ELLIOT

Jean-Paul Jassy, Cal. Bar No. 205513
    jpjassy@jassyvick.com
Meghan Fenzel, Cal. Bar. No. 324139
    mfenzel@jassyvick.com
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:  (310) 870-7048

Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE
ENTERTAINMENT INC. and STARZ
ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>                Plaintiff,<br><br>        vs.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC,<br><br>                Defendants. | Case No. 2:21-cv-08206-SSS-DFM<br><br>Honorable Sunshine S. Sykes<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE UNTIL AFTER RULING ON PENDING DISPOSITIVE MOTION** |

1      This Stipulation is entered into by and between Plaintiff Marc Elliot ("Plaintiff") and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC ("Defendants"), with reference to the following facts:

      WHEREAS on August 4, 2022, (Dkt. 41), this Court granted the Parties' joint stipulation, (Dkt. 40), to vacate the September 30, 2022 scheduling conference and related deadlines pending the Court's September 30, 2022 hearing on Defendants' February 9, 2022 Special Motion to Strike the First Amended Complaint Pursuant to California Code of Civil Procedure Section 425.16 ("Defendants' Motion"), which, if granted in full, would dispose of Plaintiff's entire case against Defendants, (Dkt. 25);

      WHEREAS on September 28, 2022, this Court on its own motion continued the September 30, 2022 hearing on Defendants' Motion to October 28, 2022, (Dkt. 43);

      WHEREAS the Court's most recent order did not reset the date of the November 4, 2022 Scheduling Conference, *see id.*;

      WHEREAS the Parties outlined in their July 10, 2022 joint case management statement that, in an effort to preserve resources, they have not initiated any discovery in light of Defendants' Motion, and respectfully suggested that no pretrial or trial dates be set until after the Court rules on Defendants' Motion, (Dkt. 38);

      WHEREAS the existence and scope of the case remains in question pending the Court's ruling on Defendants' Motion;

      WHEREAS the Court's July 19, 2022 Scheduling Order (Dkt. 39) combined with its August 4, 2022 Order (Dkt. 41) triggered deadlines in advance of the November 4, 2022 Scheduling Conference, including, among other things, the exchange of initial disclosures per Federal Rule of Civil Procedure 26(a)(1);

      WHEREAS, on September 28, 2022, counsel for Plaintiff and Defendants conferred per Local Rule 7-3 and once again agreed that it would be premature, and a potential waste of party and Court resources, to exchange initial disclosures or otherwise conduct conferences of counsel, prepare a joint report and discovery plan,

and engage in court proceedings pursuant to Federal Rules of Civil Procedure 16 and 26, and Local Rules 16-2 and 26-1, in light of the pending Defendants' Motion, the ruling on which could be dispositive of the entire case or could limit the scope of the case;

IT IS HEREBY STIPULATED that, good cause appearing, the Parties jointly request that the Court continue the Scheduling Conference currently scheduled for November 4, 2022, only one week after the October 28, 2022 hearing on Defendants' Motion, to a new date and time after the Court has ruled on Defendants' Motion.

Dated: October 7, 2022

JASSY VICK CAROLAN LLP

By: /s/Meghan Fenzel
Jean-Paul Jassy
Meghan Fenzel
Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC

Dated: October 7, 2022

TULLY & WEISS ATTORNEYS AT LAW

By: /s/ Joseph M. Tully
Joseph M. Tully

Attorneys for Plaintiff
MARC ELLIOT

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Meghan Fenzel, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 7, 2022

JASSY VICK CAROLAN LLP

By: */s/ Meghan Fenzel*
Jean-Paul Jassy
Meghan Fenzel
Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC