1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12   MARC ELLIOT,

Case No. 2:21-cv-08206-SSS-DFM

13                    Plaintiff,

Honorable Sunshine S. Sykes

14          vs.

15   LIONS GATE FILMS INC., LIONS
GATE ENTERTAINMENT INC. and
16   STARZ ENTERTAINMENT, LLC,

**[PROPOSED] ORDER ON
JOINT STIPULATION TO CONTINUE
SCHEDULING CONFERENCE UNTIL
AFTER RULING ON PENDING
DISPOSITIVE MOTION**

17                    Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    Upon review of the Stipulation (Dkt. 44) submitted by Plaintiff Marc Elliot

2  ("Plaintiff") and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc.

3  and Starz Entertainment, LLC ("Defendants"), and good cause appearing, the Court

4  hereby vacates the November 4, 2022 scheduling conference and related deadlines.

5  The Court will reset the Scheduling Conference after ruling on Defendants' pending

6  Special Motion to Strike (Dkt. 25), which is noticed for hearing on October 28, 2022

7  at 2:00 p.m.

8

9  IT IS SO ORDERED.

10

11  Date:_____

12

13                                        _____

14                                        HON. SUNSHINE S. SYKES

15                                        U.S. DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28