1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>                Plaintiff,<br><br>        vs.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC,<br><br>                Defendants. | Case No. 2:21-cv-08206-SSS-DFMx<br><br>Honorable Sunshine S. Sykes<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE UNTIL AFTER RULING ON PENDING DISPOSITIVE MOTION** |

1  Upon review of the Stipulation (Dkt. 44) submitted by Plaintiff Marc Elliot
2  ("Plaintiff") and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc.
3  and Starz Entertainment, LLC ("Defendants"), and good cause appearing, the Court
4  hereby vacates the November 4, 2022 scheduling conference and related deadlines.
5  The Court will reset the Scheduling Conference after ruling on Defendants' pending
6  Special Motion to Strike (Dkt. 25), which is noticed for hearing on October 28, 2022
7  at 2:00 p.m.

**IT IS SO ORDERED.**

Date: October 12, 2022

_____
HON. SUNSHINE S. SYKES
U.S. DISTRICT JUDGE