Joseph M. Tully (CASBN: 201187)
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754
Email: Joseph@Tully-Weiss.com

Attorneys for Plaintiff MARC ELLIOT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>Plaintiff,<br><br>v.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC., and STARZ ENTERTAINMENT, LLC<br><br>Defendants. | Case No. 2:21-cv-08206-SSS-DFM<br>Honorable Sunshine S. Sykes<br><br>**PLAINTIFF'S REQUEST FOR IN-PERSON HEARING; SPECIAL REQUEST TO HAVE PROVISIONALLY LICENSED LAWYER APPEAR UNDER DIRECT SUPERVISION OF LEAD COUNSEL**<br><br>Date: October 28, 2022<br>Time: 2:00 p.m.<br>Crtrm: Riverside, 2 |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Pursuant to the Court's Standing Order I(D), Plaintiff requests to appear in person for Defendants' pending Special Motion to Strike (Dkt. 25; "Defendants' Motion"), which is noticed for hearing on October 28, 2022, at 2:00 p.m.

On October 5, 2022, Plaintiff and Defendants conferred pursuant to Local Rule 7-3 regarding Plaintiff's request to appear in person. Although Defendants indicated

Tully & Weiss
Attorneys at Law
(925) 229-9700

- 1 -
REQUEST FOR IN-PERSON HEARING; SPECIAL REQUEST TO HAVE PROVISIONALLY LICENSED LAWYER APPEAR UNDER DIRECT SUPERVISION OF LEAD COUNSEL

that they prefer to defer to the courts default practice of remote appearances, Defendants nonetheless indicated that they would not file an opposition to Plaintiff's request to proceed in person. It should also be noted that Defendant's special motion to strike was originally noticed for an in person or remote appearance. (Dkt. 25 at 2:3-5) As such, Plaintiff respectfully requests that the Court grant his request to appear in person with counsel for Defendants' Motion on October 28, 2022, at 2:00 p.m.

In addition to the above request, and in light to the Court's Standing Order IV(D), Plaintiff further requests that Nathan D. Dondi, Provisionally Licensed Lawyer ("P.L.L.") with Tully & Weiss, appear on the record and argue in opposition of Defendants' Motion on behalf of Plaintiff.

Mr. Dondi has significantly contributed to the drafting of all the papers in this case under the supervision of Mr. Tully, including in Plaintiff's responsive pleadings to Defendants' Motion.

Mr. Dondi is a P.L.L. in good standing and has been under the general supervision of lead counsel Joseph M. Tully since November 11, 2020, as permitted under California Rules of the Court Rule 9.49, and before then under the direct supervision of Mr. Tully as a Certified Law clerk as permitted by California Rules of the Court Rule 9.42. Plaintiff is aware of Mr. Dondi's qualification and has no objection to his appearance on behalf of Plaintiff and supports this request. Thus, in the spirit of Standing Order IV(D) of this Court, Plaintiff respectfully requests that this Court permit Mr. Dondi to appear and argue on behalf of Plaintiff during Defendants' Motion on October 28, 2022.

Counsel recognizes the Court's Standing Order I(D) commands that the request for in person hearings must be made (1) Week prior to the hearing. However, in light of the additional request made herein, and in the interest of judicial convenience and avoidance of multiple pleadings, Counsel respectfully joins and submits both requests herein.

Tully & Weiss
Attorneys at Law
(925) 229-9700

- 2 -

REQUEST FOR IN-PERSON HEARING; SPECIAL REQUEST TO HAVE PROVISIONALLY LICENSED LAWYER APPEAR UNDER DIRECT SUPERVISION OF LEAD COUNSEL

1 | Dated: October 15, 2021

Respectfully submitted,

/s/ Joseph M. Tully
Joseph M. Tully (CA SBN 201187)
Tully & Weiss Attorneys at Law
Attorneys for Plaintiff MARC ELLIOT

Tully & Weiss
Attorneys at Law
(925) 229-9700

- 3 -
REQUEST FOR IN-PERSON HEARING; SPECIAL REQUEST TO HAVE PROVISIONALLY LICENSED LAWYER APPEAR UNDER DIRECT SUPERVISION OF LEAD COUNSEL

# DECLARATION OF JOSEPH M. TULLY IN SUPPORT OF NATHAN D. DONDI, P.L.L., APPEARING UNDER DIRECT SUPERVISION OF LEAD COUNSEL

I, JOSEPH M. TULLY, am an attorney in good standing admitted to practice law in the State of California, and affirm under penalty of perjury pursuant to 28 USC § 1746 as follows:

1. I represent the Plaintiff in the above-captioned matter and am the lead counsel.

2. Nathan D. Dondi is a Provisionally Licensed Lawyer (P.L.L., PLN-465496) provisionally licensed to practice law in the State of California, pursuant to California Rule of Court 9.49. He has been under my general supervision in his capacity as a P.L.L. and is an associate of Tully & Weiss Attorneys at Law as such.

3. Before Mr. Dondi's role as a P.L.L, he was under my direct supervision as a Certified Law Clerk as permitted by California Rule of Court 9.42.

4. Mr. Dondi has substantially contributed to the research, drafting, and formulation of the arguments on behalf of Plaintiff regarding Defendants' Motion to be heard on October 28, 2022, at 2:00 p.m.

5. Plaintiff is aware of Mr. Dondi's qualifications and provisional licensure status, is confident in Mr. Dondi's abilities, has no objection, and supports this request for Mr. Dondi to argue the motion on Plaintiff's behalf.

6. Based on my extensive supervision of Mr. Dondi, I am confident that Mr. Dondi possesses the competence, knowledge, and aptitude to adequately represent Plaintiff's interests in this matter.

I declare under penalty of perjury that the foregoing is true and correct, executed on October 17, 2022.

/s/ Joseph M. Tully_____
Joseph M. Tully (CA SBN 201187)

Tully & Weiss
Attorneys at Law
(925) 229-9700

- 4 -

REQUEST FOR IN-PERSON HEARING; SPECIAL REQUEST TO HAVE PROVISIONALLY LICENSED LAWYER APPEAR UNDER DIRECT SUPERVISION OF LEAD COUNSEL