# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>Plaintiff,<br><br>v.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC., and STARZ ENTERTAINMENT, LLC<br><br>Defendants. | Case No. 2:21-cv-08206-SSS-DFM<br>Honorable Sunshine S. Sykes<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S REQUEST FOR IN-PERSON HEARING; SPECIAL REQUEST TO HAVE PROVISIONALLY LICENSED LAWYER APPEAR UNDER DIRECT SUPERVISION OF LEAD COUNSEL** |

- 1 -

Tully & Weiss
Attorneys at Law
(925) 229-9700

[PROPOSED] ORDER ON REQUEST FOR IN-PERSON HEARING; SPECIAL REQUEST TO HAVE PROVISIONALLY LICENSED LAWYER APPEAR UNDER DIRECT SUPERVISION OF LEAD COUNSEL

Upon review of the request (Dkt. 46) submitted by Plaintiff Marc Elliot ("Plaintiff"), the Court hereby grants Plaintiff's request for an in person hearing for Defendants' pending Special Motion to Strike (Dkt. 25), which is noticed for hearing on October 28, 2022, at 2:00 p.m.

IT IS SO ORDERED.

Further, upon review of the request submitted by Plaintiff, and declaration of lead counsel Joseph M. Tully, to have Nathan D. Dondi, Provisionally Licensed Lawyer appear and argue on behalf of Plaintiff during Defendants' Special Motion to Strike (Dkt. 25), the Court hereby grants Plaintiff's request.

IT IS SO ORDERED.

Date: _____, 2022

_____
HON. SUNSHINE S. SYKES
U.S. DISTRICT JUDGE

- 2 -
[PROPOSED] ORDER ON REQUEST FOR IN-PERSON HEARING; SPECIAL REQUEST TO HAVE PROVISIONALLY LICENSED LAWYER APPEAR UNDER DIRECT SUPERVISION OF LEAD COUNSEL

Tully & Weiss Attorneys at Law
(925) 229-9700