UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-08206-SSS-DFMx | Date | October 28, 2022 |
| Title | *Marc Elliot v. Lions Gate Entertainment Corporation, et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):
Joseph Michael Tully
Nathan D. Dondi

Attorney(s) Present for Defendant(s):
Jean-Paul Jassy

**Proceedings:   HEARING RE: DEFENDANTS' MOTION TO STRIKE FIRST AMENDED COMPLAINT [Dkt. 25]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. The Court takes the motion [Dkt. 25] under submission.

**IT IS SO ORDERED.**

Time: 00:27
Initials of Preparer: iv