JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@jassyvick.com
MEGHAN FENZEL, Cal. Bar No. 324139
  mfenzel@jassyvick.com
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:   (310) 870-7048
Facsimile:    (310) 870-7010

Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE
ENTERTAINMENT INC. and STARZ
ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>                    Plaintiff,<br><br>    vs.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC,<br><br>                    Defendants. | Case No. 2:21-cv-08206-SSS-DFM<br><br>Honorable Sunshine S. Sykes<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that, pursuant to Local Rule 40-2, the Parties have settled the above-captioned action in all respects.

Dated:   November 30, 2022                    JASSY VICK CAROLAN LLP

                                                                  By:   /s/ Meghan Fenzel
                                                                  Jean-Paul Jassy
                                                                  Meghan Fenzel
                                                                  Attorneys for Defendants
                                                                  LIONS GATE FILMS INC., LIONS
                                                                  GATE ENTERTAINMENT INC. and
                                                                  STARZ ENTERTAINMENT, LLC