Joseph M. Tully (CASBN: 201187)
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754
Email: Joseph@Tully-Weiss.com

Attorneys for Plaintiff
MARC ELLIOT

Jean-Paul Jassy, Cal. Bar No. 205513
  jpjassy@jassyvick.com
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:  (310) 870-7048

Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ELLIOT,<br><br>          Plaintiff,<br><br>     vs.<br><br>LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC,<br><br>          Defendants. | Case No. 2:21-cv-08206-SSS-DFM<br><br>Honorable Sunshine S. Sykes<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

     This Stipulation is entered into by and between Plaintiff Marc Elliot ("Plaintiff") and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC ("Defendants"), with reference to the following facts:

On November 8, 2022, this Court granted Defendants' special motion to strike and dismissed all of Plaintiff's claims with prejudice. Dkt. 49. In that order, the Court instructed Defendants to file their application for attorneys' fees and costs by December 2, 2022. *See id.* The Parties then settled. *See* Dkt. 50. At the Court's instruction, the Parties now stipulate to dismiss the above-captioned action in its entirety. *See* Dkt. 51.

IT IS HEREBY STIPULATED and formally requested pursuant to Federal Rule of Civil Procedure 41(a)(2) that, having already dismissed all claims with prejudice, this Court dismiss this action with prejudice.

Dated: December 8, 2022

JASSY VICK CAROLAN LLP

By: /s/ Meghan Fenzel
Meghan Fenzel

Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC

///
///
///

Dated: December 8, 2022

TULLY & WEISS ATTORNEYS AT LAW

By: /s/ Joseph M. Tully
Joseph M. Tully

Attorneys for Plaintiff
MARC ELLIOT

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Meghan Fenzel, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 8, 2022

JASSY VICK CAROLAN LLP

By: */s/ Meghan Fenzel*
Meghan Fenzel

Attorneys for Defendants
LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC