# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARC ELLIOT, | Case No. 2:21-cv-08206-SSS-DFMx |
| Plaintiff, | Honorable Sunshine S. Sykes |
| vs. | |
| LIONS GATE FILMS INC., LIONS GATE ENTERTAINMENT INC. and STARZ ENTERTAINMENT, LLC, | **ORDER ON JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| Defendants. | |

Upon review of the Stipulation (Dkt. 42) submitted by Plaintiff Marc Elliot ("Plaintiff") and Defendants Lions Gate Films Inc., Lions Gate Entertainment Inc. and Starz Entertainment, LLC ("Defendants"), the Court hereby dismisses the-above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Date: December 9, 2022

_____

HON. SUNSHINE S. SYKES
U.S. DISTRICT JUDGE